# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIMITED STORES COMPANY, LLC, *et al.*,[1] | ) ) | Case No. 17-10124 (___) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

## ORDER SHORTENING NOTICE FOR (A) NOTICING APPROVAL AND (B) BID PROTECTIONS RELIEF IN SALE MOTION

Upon the motion to shorten (the "Motion to Shorten")[2] of the above captioned debtors and debtors in possession (the "Debtors") for the entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006 and Local Rules Rules 6004-1(c) and 9006-1(e), authorizing the Debtors to shorten the notice period required with respect to the hearing on the Notice Approval Relief portion of the Sale Motion to be heard at the first day hearing in these cases and the Bid Protections Relief portion of the Sale Motion to be heard on or before January 27, 2017, all as more fully described in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and consideration of the Motion to Shorten and the relief requested therein being a core

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Limited Stores Company, LLC (6463); Limited Stores, LLC (0165); and The Limited Stores GC, LLC (6094). The location of the Debtors' service address is: 7775 Walton Parkway, Suite 400, New Albany, Ohio 43054.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten being adequate and appropriate under the particular circumstances; and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors and other parties in interest, and that the legal and factual bases set forth in the Motion to Shorten and at the hearing on the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion to Shorten is granted to the extent set forth herein.

2. The hearing to consider the Notice Approval Relief in the Sale Motion shall occur at the first day hearing in these cases.

3. The hearing to consider the Bid Protections Relief in the Sale Motion shall occur on January ____, 2017 at __:__ _.m. (ET).

4. All objections to the Bid Protections Relief shall be filed with the Court and served upon counsel to the Debtors so as to be received on or before January __, 2017 at 4:00 p.m. (Eastern Time).

5. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2017
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE