# DUTCHESS
## C L E A N E R S

# Statement

| Date |
|------|
| 1/25/2017 |

850 MCKAY COURT
YOUNGSTOWN, OH 44512

Phone # 330-629-9464    Fax # 330-629-9465

| To: |
|-----|
| LIMITED
STORE #345 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $20.78 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 10/19/2015 | PMT #1010685. | -8.06 | -8.06 |
| 05/02/2016 | INV #2000019291. Due 05/02/2016. Orig. Amount $17.39. | 17.39 | 9.33 |
| 09/06/2016 | PMT | -0.03 | 9.30 |
| 11/07/2016 | INV #2000040425. Due 11/07/2016. Orig. Amount $11.48. | 11.48 | 20.78 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 0.00 | 11.48 | 9.30 | $20.78 |

# DUTCHESS
# CLEANERS

# Invoice

| Date | Invoice # |
|---|---|
| 5/2/2016 | 2000019291 |

850 MCKAY COURT
YOUNGSTOWN, OH 44512

LIMITED
STORE #345

PHONE 330-629-9464

Fax #        330-629-9465

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | TICKET 80167 & 79663 PANT(S) | 5.91 | 11.82 |
| 1 | TICKET 79663 BLOUSE | 5.57 | 5.57 |
| | Sales Tax | 7.25% | 0.00 |

| **Total** | | | $17.39 |

# THE LIMITED

# TAILOR INVOICE

INVOICE # 2000019291

DATE: 5/2/16

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number _____

Vendor Name *Alterations Express*

Phone Number (330) 758-1075

Street Address 850 Mc Kay Ct

_____

City State ZIP Code Boardman OH 44512

| MONTH SERVICE PERFORMED | BEGINNING DATE | ENDING DATE | PURCHASE ORDER # | PAYMENT TERMS |
|---|---|---|---|---|
| | | | | NET 60 DAYS |

| QTY | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|
| | ~~Shortened Pants~~ | | | |
| | ~~Lengthened Pants~~ | | | |
| 2 | Pants dry cleaned | 5.91 | | 11.82 |
| | Blouse dry cleaned | 5.57 | | 5.57 |
| | | | | |
| | | | GRAND TOTAL | 17.39 |

| STORE STAMP | STORE MANAGEMENT APPROVAL |
|---|---|
| | Leanne Ohlin |
| | STORE MANAGER (PRINT NAME): |
| | _signature_ |
| | STORE MANAGER (SIGNATURE): |
| | 5.3.16 |
| | APPROVAL DATE: |
| | 345 |
| | STORE NUMBER: |
| | Southern Park |
| | STORE NAME: |

| ACCOUNTS PAYABLE USE ONLY | MAILING INSTRUCTIONS |
|---|---|
| G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _ | Use Business Reply Envelope to the Home Office Attn: Accounts Payable |

ACCOUNTS PAYABLE COPY

# DUTCHESS CLEANERS

# Invoice

| Date | Invoice # |
|---|---|
| 11/7/2016 | 2000040425 |

850 MCKAY COURT
YOUNGSTOWN, OH 44512

LIMITED
STORE #345

PHONE 330-629-9464

Fax #          330-629-9465

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | TICKET 86393 SPORT COAT | 5.91 | 5.91 |
| 1 | TICKET 90692 BLOUSE | 5.57 | 5.57 |
| | Sales Tax | 7.25% | 0.00 |

| **Total** | $11.48 |
|---|---|

# THE LIMITED

# TAILOR INVOICE

INVOICE # **2000040425**

DATE: 11/7/16

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number _____

Vendor Name *Alterations Express*

Phone Number (330) 758-1075

Street Address *850 McKay Ct*

_____

City State ZIP Code *Boardman OH 44515*

| MONTH SERVICE PERFORMED | BEGINNING DATE | ENDING DATE | PURCHASE ORDER # | PAYMENT TERMS |
|---|---|---|---|---|
| | | | | NET 60 DAYS |

| QTY | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|
| 23 | Shortened Pants | 11.25 | | 258.75 |
| 1 | Lengthened Pants | 11.50 | | 11.50 |
| 1 | Lined Pants | 14.95 | | 14.95 |
| 1 | Hook (Repair) | 2.50 | | 2.50 |
| 1 | Clean Blouse | 5.57 | | 5.57 |
| 1 | Clean sport jacket | 5.91 | GRAND TOTAL | 5.91 |
| | | | TOTAL | 299.18 |

DC#

287⁰⁰

| STORE STAMP | STORE MANAGEMENT APPROVAL |
|---|---|

345

*Leanne Ohlin*
STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

11·8·16
APPROVAL DATE:

345
STORE NUMBER:

*The Limited*
STORE NAME:

| ACCOUNTS PAYABLE USE ONLY | MAILING INSTRUCTIONS |
|---|---|
| G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _ | Use Business Reply Envelope to the Home Office Attn: Accounts Payable |

ACCOUNTS PAYABLE COPY

# Statement



## ALTERATIONS EXPRESS ®
### AMERICA'S TAILOR SHOP

| Date |
|------|
| 1/25/2017 |

850 MCKAY COURT
YOUNGSTOWN, OH 44512
Phone # 330-629-9464   Fax # 330-629-9465

| To: |
|-----|

LIMITED FAIRLAWN
STORE#253
SUMMIT MALL

| | Amount Due | Amount Enc. |
|---|---|---|
| | $1,841.47 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 10/01/2016 | INV #2000033242. Orig. Amount $592.32. | 592.32 | 592.32 |
| 10/31/2016 | INV #2000033243. Orig. Amount $819.95. | 819.95 | 1,412.27 |
| 12/22/2016 | INV #2000033247. Orig. Amount $429.20. | 429.20 | 1,841.47 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|---------|---------|---------|---------|---------|
| 0.00 | 0.00 | 429.20 | 819.95 | 592.32 | $1,841.47 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 2000033247 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED FAIRLAWN<br>STORE#253<br>SUMMIT MALL |

Phone #        330-629-9464

Fax #        330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 32 | SHORTENED PANTS HEM | 12.25 | 392.00 |
| 1 | LENGTHENED PANTS HEM | 12.25 | 12.25 |
| 2 | POCKETS SHUT HEM | 10.00 | 20.00 |
| 1 | TACK HEM | 3.25 | 3.25 |
| 1 | BUTTON | 1.70 | 1.70 |

*emailed 1/12/17*

| Total | $429.20 |
|-------|---------|

12/22/2016  20:08   3308361169   ALTERATIONS EXPRESS   PAGE  09/15

# THE LIMITED

## TAILOR INVOICE

INVOICE # **2000033247**

DATE: 12-22-2016

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number: *Alterations Express*

Vendor Name: *Fairlawn*

Phone Number: 330 836 0004

Street Address: *350 M Kay Ct.*

*Youngstown*

City State ZIP Code: *Ohio 44512*

| | | | | | | NET 60 DAYS |
|---|---|---|---|---|---|---|

| Qty | Description | | | Price | | Total |
|---|---|---|---|---|---|---|
| 32 | Shortened Pants | | | 12.25 | | 392.00 |
| 1 | Lengthened Pants | | | 12.25 | | 12.25 |
| 2 | Pockets shut | | | 10.00 | | 20.00 |
| 1 | tack | | | 3.25 | | 3.25 |
| 1 | button | | | 1.70 | | 1.70 |
| | | | | GRAND TOTAL | | 429.20 |

STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

APPROVAL DATE:

STORE NUMBER:

STORE NAME:

G/L ACCOUNT # 355 – 03 – 000 – 0 _ _ _

Use Business Reply Envelope to the Home Office
Attn: Accounts Payable

PAID OUT/OVERRING SLIP

DRYCLEANING/    OVERRING
or    PAID OUT ( )
ALTERATION    REFUND ( )

DATE 12-23-16   TICKET # _____

STORE 5    AMOUNT $229.20

EMPLOYEE _____

EXPLANATION The Limited

---

**Receipt 1**

TA   42340

THE LIMITED, SUMMIT MALL

330660012   1/7 /AH
11/29/2016   1:13:40 PM

1   Blind hem    $12.25
1   KOWALSKI    $7.50
2   Blind hem    $12.25
1   PODRULWA/WINDO
3   ST HEM    $12.25
1   BENNETT
4   ST HEM    $12.25
2   CIPADO    $20.00
5   SEW pocket shut (set)
   SNODGRAS

Sub Total    $81.25
Total    $81.25
72-Dec CASH    $81.25
Balance    $0.00

---

**Receipt 2**

A/E Fair lawn
265 W. Market Street
Fairlawn, OH 44333
(330)836-0004

TA   43391

THE LIMITED, SUMMIT MALL

330660012   1/7 /AH
12/20/2016   9:02:00 AM

1   LENGTHEN    $12.25
   DONLIN

Sub Total    $12.25
Total    $12.25
72-Dec CASH    $12.25
Balance    $0.00

0 pieces

Ready: Thu 12/22/2016
Picked Up /AH
12/22/2016 08:35...

Reprinted by AH 12/22/2016 8:09:38 AM

All orders Ready within 10 days
No additional alterations to be done 5pm
Store Mon - Fri 8am to 7pm
Hours Saturday 10am to 6pm

*** REPRINT ***

---

**Receipt 3**

A/E Fair lawn
265 W. Market Street
Fairlawn, OH 44333
(330)836-0004

TA   43320

THE LIMITED, SUMMIT MALL

330660012   1/7 /AH
12/19/2016   1:35 PM

1   BLIND/ LINE    $12.25
   ENVY RUSSITT
1   Blind hem    $12.25
   DER LUCH
1   STITCHED    $32.25
   THERESA GOWRE
1   STITCHED    $65.75
   Sur hill
1   STITCHED    $36.75

22-Dec CASH    $0.00
Balance    $0.00

pieces

Ready: Mon. 12/19/2016
Picked Up /AH
12/22/2016 08:39 A

Reprinted by AH 12/22/2016 8:09:39
All orders ready within 10 days
No additional alterations to be done 5pm
Store Mon - Fri 8am to 7pm
Hours Saturday 10am to 6pm

*** REPRINT ***



PAGE 07/15

ALTERATIONS EXPRESS

3308361169

20:08

12/22/2016

2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



**TA    143103**

THE LIMITED, SUMMIT MALL

3308690812      1 / AH
12/13/2016    10:52:37 AM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | LOUDIANE | |
| 1 | blind hem | $12.25 |
| | CHRISANT | |
| 1 | ST HEM | $12.25 |
| | DIGIACOBBE | |
| 1 | ST HEM | $12.25 |
| | DISANTE | |
| 1 | blind hem | $12.25 |
| | STACY SILKS | |

| | |
|---|---|
| Sub Total | $61.25 |
| Total | $61.25 |
| 22-Dec CASH | $61.25 |
| Balance | $0.00 |

3 Pieces

Ready Thu 12/15/2016
Picked Up  /AH
12/22/2016  08:39 AM

Reprinted by AH 12/22/2016 8:39:31 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***

---

2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



**TA    142895**

THE LIMITED, SUMMIT MALL

3308690812      1 / TQ
12/8/2016    1:08:52 PM

| | | |
|---|---|---|
| 1 | DBL ST | $12.25 |
| | AHALYN | |
| 1 | JEAN BAIL | $12.25 |
| 1 | DBL BATES | $12.25 |
| 1 | blind hem | $12.25 |
| | NICHOLAS | |
| 1 | BL KERR | $12.25 |
| 1 | BLIND FREIDACH | $12.25 |
| 1 | STITCHED FREIDRICH | $12.25 |
| 1 | STITCHED FREIDRICH | $12.25 |

| | |
|---|---|
| Sub Total | $98.00 |
| Total | $98.00 |
| 22-Dec CASH | $98.00 |
| Balance | $0.00 |

1 Pieces

Ready Mon 12/12/2016
Picked Up  /AH
12/22/2016  08:39 AM

Reprinted by AH 12/22/2016 8:39:28 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***

---

2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

**TA    142717**

THE LIMITED, SUMMIT MALL

3308690812      1 / AH
12/5/2016    1:02:38 PM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | FRANGOS | |
| 1 | blind hem | $12.25 |
| | MCDONALD | |
| 2 | blind hem | $24.50 |
| | WALKER | |
| 1 | ST HEM | $12.25 |
| | HAGENMAEIR | |
| 1 | blind hem | $12.25 |
| | HEDERARY | |

| | |
|---|---|
| Sub Total | $73.50 |
| Total | $73.50 |
| 22-Dec CASH | $73.50 |
| Balance | $0.00 |

5 Pieces

Ready Thu 12/8/2016
Picked Up  /AH
12/22/2016  08:39 AM

Reprinted by AH 12/22/2016 8:39:24 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***

PAGE   08/15

ALTERATIONS EXPRESS

3308361169

20:08

12/22/2016

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-B35-0004



TA    142384

THE LIMITED, SUMMIT MALL

330B690B12    1 / AH
11/29/2016   10:28:54 AM

2   blind hem                    $24.50
    LAURA ROHDE
                 Sub Total       $24.50
                     Total       $24.50
                 22-Dec CASH     $24.50
                     Balance      $0.00
              2 Pieces

Ready Thu 12/1/2016

      Picked Up  /AH
     12/22/2016 08:39 AM

Reprinted by AH 12/22/2016 8:39:16 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

      *** REPRINT ***

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-B35-0004

TA    142567

THE LIMITED, SUMMIT MALL

3308690812    1 / AH
12/2/2016   8:27:59 AM

1    blind hem                    $12.25
     SIMKO
1    ST HEM                       $12.25
     O DEAR
1    Tack                          $3.25
     BERTRAM
1    ST HEM                       $12.25
     CALLAHAN
1    Button (theirs)               $1.70
                 Sub Total        $41.70
                     Total        $41.70
                 22-Dec CASH      $41.70
                     Balance       $0.00
              1 Pieces

Ready Mon 12/5/2016

      Picked Up  /AH
     12/22/2016 08:39 AM

Reprinted by AH 12/22/2016 8:39:20 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

      *** REPRINT ***



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 2000033243 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED FAIRLAWN
STORE#253
SUMMIT MALL |

Phone #          330-629-9464

Fax #            330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 53 | SHORTENED PANTS HEM | 12.25 | 649.25 |
| 2 | SKIRT HEM | 18.65 | 37.30 |
| 1 | DRESS HEM | 22.25 | 22.25 |
|  | MEND,TACK,EYE,ZIPPERS HEM | 111.15 | 111.15 |

*emailed to Judy*
*12/15/16*
*&*
*1/12/17*

| | Total | $819.95 |
|--|-------|---------|

10/31/2016  18:54   3308361169   ALTERATIONS EXPRESS   PAGE  16/19

# THE LIMITED

## TAILOR INVOICE

INVOICE # **2000033243**

DATE **10-31-2016**

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number _Alterations Express_

Vendor Name _Fairlawn_

Phone Number _330 836 0004_

Street Address _850 McKay Court_

_Youngstown, Ohio_

City State ZIP Code _44512_

| | | | | | NET 60 DAYS |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 53 | Shortened Pants | | 12.25 | | 649.25 |
| | Lengthened Pants | | | | |
| 2 | Skirt hem | | 18.65 | | 37.30 |
| 1 | dress hem | | 22.25 | | 22.25 |
| | mend, tack eye, zippers | | | | 111.15 |
| | | | | GRAND TOTAL | 819.95 |

STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

APPROVAL DATE:

STORE NUMBER:

STORE NAME:

G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _

Use Business Reply Envelope to the Home Office
Attn: Accounts Payable

ACCOUNTS PAYABLE COPY

**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA  140326

**THE LIMITED, SUMMIT MALL**

3308690812    1 / SA
10/17/2016    3:54:36 PM

| | | |
|---|---|---|
| 1 | Doublestitched A line hem | $18.65 |
| | Sub Total | $18.65 |
| | Total | $18.65 |
| | 31-Oct CASH | $18.65 |
| | Balance | $0.00 |

0 Pieces

<u>PAID OUT/OVERRING SLIP</u>

( ) DRYCLEANING        OVERRING ( )
        or                PAID OUT ( )
( ) ALTERATION        REFUND ( )

DATE 10-31-2016 TICKET #_____

STORE 5 AMOUNT $19.95

EMPLOYEE Ann Hagen

EXPLANATION The Limited
Summit Mall
_____

---

**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA  139416

**THE LIMITED, SUMMIT MALL**

3308690812    1 / SA
10/1/2016    5:23:52 PM

| | | |
|---|---|---|
| 5 | Small mend up to 3" | $27.50 |
| | Sub Total | $27.50 |
| | Total | $27.50 |
| | 31-Oct CASH | $27.50 |
| | Balance | $0.00 |

0 Pieces

**Ready Mon 10/3/2016**

**Picked Up /AH**
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:06 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

**Receipt**

---

**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA  139418

**THE LIMITED, SUMMIT MALL**

3308690812    1 / SA
10/1/2016    5:35:06 PM

| | | |
|---|---|---|
| 1 | Tack | $3.25 |
| 1 | invisible zipper12"to19" li | $31.90 |
| | THE LIMITED | |
| 1 | ST HEM | $12.25 |
| 1 | Doublestitched A-line hem | $18.65 |
| | GREGROS | |
| | Sub Total | $66.05 |
| | Total | $66.05 |
| | 31-Oct CASH | $66.05 |
| | Balance | $0.00 |

0 Pieces

**Ready Mon 10/3/2016**

**Picked Up /AH**
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:26 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

**\*\*\* REPRINT \*\*\***





TA        140718

**THE LIMITED, SUMMIT MALL**

3308690812      1 / AH
10/24/2016    12:59:33 PM

| | | |
|---|---|---|
| 2 | ST HEM | $24.50 |
| | CVENGROS | |
| 1 | blind hem | $12.25 |
| 1 | LENGTHEN | $12.25 |
| | KERN | |
| 1 | LENGTHEN | $12.25 |
| | FINNEL | |
| 1 | blind hem | $12.25 |
| | HALL | |
| 2 | ST HEM | $24.50 |
| | SKINNER | |
| 1 | LENGTHEN | $12.25 |
| | FLEMING | |
| 1 | ST HEM | $12.25 |
| | COOPER | |
| 2 | blind hem | $24.50 |
| | HARMON | |
| 1 | ST HEM | $12.25 |
| | PATRICK | |
| 2 | ST HEM | $24.50 |
| | GRIFFITH | |

| | |
|---|---|
| Sub Total | $183.75 |
| Total | $183.75 |
| 31-Oct CASH | $183.75 |
| Balance | $0.00 |

4 Pieces

**Ready Thu 10/27/2016**

**Picked Up   /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:30:37 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store     Mon - Fri   8am to 7pm
Hours    Saturday     8am to 6pm

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA       140907

**THE LIMITED, SUMMIT MALL**

3308690812      1 / TO
10/27/2016    2:42:24 PM

| | | |
|---|---|---|
| 1 | STITCHED | $12.25 |
| | LINDSAY LIMPEROS | |

| | |
|---|---|
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |

0 Pieces

**Ready Mon 10/31/2016**

**Picked Up   /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:30:33 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store     Mon - Fri   8am to 7pm
Hours    Saturday     8am to 6pm

**\*\*\* REPRINT \*\*\***

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA       140767

**THE LIMITED, SUMMIT MALL**

3308690812      1 / AH
10/25/2016    8:56:35 AM

| | | |
|---|---|---|
| 1 | ST HEM | $12.25 |
| | SNIDER | |

| | |
|---|---|
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |

0 Pieces

**Ready Thu 10/27/2016**

**Picked Up   /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:30:30 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store     Mon - Fri   8am to 7pm
Hours    Saturday     8am to 6pm

**\*\*\* REPRINT \*\*\***

10/31/2016   18:54   3308361169   ALTERATIONS EXPRESS   PAGE   11/19



**TA 140296**

THE LIMITED, SUMMIT MALL

3308690812     1 / AH
10/17/2016   11:16:15 AM

| | | |
|---|---|---|
| 2 | ST HEM | $26.50 |
| | HORVATH | |
| 1 | ST HEM | $12.25 |
| | FINNEL | |
| 1 | blind hem | $12.25 |
| | DOTSON | |
| 1 | blind hem | $12.25 |
| | VIDIKA | |
| 1 | blind hem | $12.25 |
| | GAFFNEY | |
| 1 | blind hem | $12.25 |
| | RENEC | |
| 2 | ST HEM | $24.50 |
| | SNIDER | |
| 1 | HEM N FACING | $22.25 |
| | CVENGROS | |
| 2 | blind hem | $24.50 |
| | ZEPERNICK | |

|  |  |
|---|---|
| Sub Total | $159.00 |
| Total | $159.00 |
| 31-Oct CASH | $159.00 |
| Balance | $0.00 |

6 Pieces

Ready Thu 10/20/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:31:22 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday    8am to 6pm

*** REPRINT ***



---



A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

**TA 140557**

THE LIMITED, SUMMIT MALL

3308690812     1 / TO
10/21/2016   12:57:41 PM

| | | |
|---|---|---|
| 1 | STITCHED | $12.25 |
| | THEONA FERGUSON | |
| 2 | STITCHED | $24.50 |
| | EILEEN MCDONALA | |

|  |  |
|---|---|
| Sub Total | $36.75 |
| Total | $36.75 |
| 31-Oct CASH | $36.75 |
| Balance | $0.00 |

0 Pieces

Ready Mon 10/24/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:40 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday    8am to 6pm

*** REPRINT ***

---





A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

**TA 140165**

THE LIMITED, SUMMIT MALL

3308690812     1 / TO
10/14/2016   12:03:46 PM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |

|  |  |
|---|---|
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |

1 Pieces

Ready Mon 10/17/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:51 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday    8am to 6pm

*** REPRINT ***



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA    139414

THE LIMITED, SUMMIT MALL

3308690812    1 / SA
10/1/2016    5:20:01 PM

| 7 | Small mend up to 3" | $38.50 |
| | Sub Total | $38.50 |
| | Total | $38.50 |
| | 31-Oct CASH | $38.50 |
| | Balance | $0.00 |

0 Pieces

**Ready Mon 10/3/2016**

**Picked Up    /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:30:00 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

**\*\*\* REPRINT \*\*\***

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA    139543

THE LIMITED, SUMMIT MALL

3308690812    1 / TO
10/4/2016    1:16:33 PM

| 1 | DOUBLE ST | $12.25 |
| 1 | blind hem | $12.25 |
| | LORI HICHCOCK 3304160832 | |
| | Sub Total | $24.50 |
| | Total | $24.50 |
| | 31-Oct CASH | $24.50 |
| | Balance | $0.00 |

1 Pieces

**Ready Thu 10/6/2016**

**Picked Up    /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:31:19 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

**\*\*\* REPRINT \*\*\***

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA    139715

THE LIMITED, SUMMIT MALL

3308690812    1 / AH
10/6/2016    1:24:40 PM

| 1 | blind hem | $12.25 |
| | PURDY | |
| | Sub Total | $12.25 |
| | Total | $12.25 |
| | 31-Oct CASH | $12.25 |
| | Balance | $0.00 |

1 Pieces

**Ready Mon 10/10/2016**

**Picked Up    /AH**
**10/31/2016 09:29 AM**

Reprinted by AH 10/31/2016 9:31:15 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

**\*\*\* REPRINT \*\*\***

330-836-0004

TA    139932

## THE LIMITED, SUMMIT MALL

3308690812    I / AH
10/10/2016   · 4:29:19 PM

| 1 | blind hem FRY | $12.25 |
| 2 | blind hem NALIDO | $24.50 |
| 1 | Small mend up to 3" RUKASAN | $5.50 |
| 2 | LENGTHEN COBURN | $24.50 |
| 1 | blind hem REMECK | $12.25 |
| 2 | blind hem EVANS | $24.50 |
| 1 | blind hem | $12.25 |
| 1 | ST HEN BOCKBADER | $12.25 |

|  | Sub Total | $128.00 |
|  | Total | $128.00 |
|  | 31-Oct CASH | $128.00 |
|  | Balance | $0.00 |

7 Pieces

### Ready  Thu  10/13/2016

· Picked Up   /AH
10/31/2016  09:29  AM

Reprinted by AH 10/31/2016 9:31:10 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

Receipt



2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA    140127

## THE LIMITED, SUMMIT MALL

3308690812    I / TO
10/13/2016   3:57:40 PM

| 1 | Eye MINDY MARSDEN | $2.50 |
| 1 | blind hem SUSAN ROEPKE | $12.25 |
| 1 | blind hem SUSAN ROEPKE· | $12.25 |
| 1 | blind hem SUSAN ROEPKE | $12.25 |

|  | Sub Total | $39.25 |
|  | Total | $39.25 |
|  | 31-Oct CASH | $39.25 |
|  | Balance | $0.00 |

3 Pieces

### Ready Mon 10/17/2016

· Picked Up  /AH
10/31/2016  09:29  AM

Reprinted by AH 10/31/2016 9:31:01 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA     140369

## THE LIMITED, SUMMIT MALL

3308690812    1 / SA
10/18/2016    2:08:00 PM

| | | |
|---|---|---|
| 2 | DBL ST HEM | $24.50 |
| | LEAH PERSARCHICK | |
| 2 | blind hem | $24.50 |
| | SAMANTHA STITZEL | |
| | Sub Total | $49.00 |
| | Total | $49.00 |
| | 31-Oct CASH | $49.00 |
| | Balance | $0.00 |

2 Pieces

Ready Thu 10/20/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 11/1/2016 12:03:43 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

\*\*\* REPRINT \*\*\*



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 2000033243 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED FAIRLAWN |
| STORE#253 |
| SUMMIT MALL |

Phone #        330-629-9464

Fax #          330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 53 | SHORTENED PANTS HEM | 12.25 | 649.25 |
| 2 | SKIRT HEM | 18.65 | 37.30 |
| 1 | DRESS HEM | 22.25 | 22.25 |
|   | MEND,TACK,EYE,ZIPPERS HEM | 111.15 | 111.15 |

*emailed to Judy*
*12/15/16*
*&*
*1/12/17*

| | Total | $819.95 |
|--|-------|---------|

# THE LIMITED

# TAILOR INVOICE

INVOICE # **2000033243**

DATE *10-31-2016*

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number *Alterations Express*

Vendor Name *Fairlawn*

Phone Number *330 836 0004*

Street Address *850 McKay Court*

*Youngstown, Ohio*

City State ZIP Code *44512*

| | | | | | NET 60 DAYS |
|---|---|---|---|---|---|

| 53 | Shortened Pants | 12.25 | | 649.25 |
|---|---|---|---|---|
| | Lengthened Pants | | | |
| 2 | Skirt hem | 18.65 | | 37.30 |
| 1 | dress hem | 22.25 | | 22.25 |
| | mend, tack eye, zippers | | | 111.15 |
| | | | GRAND TOTAL | 819.95 |

STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

APPROVAL DATE:

STORE NUMBER:

STORE NAME:

G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _

Use Business Reply Envelope to the Home Office
Attn: Accounts Payable

ACCOUNTS PAYABLE COPY

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004



TA        140326

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
10/17/2016   3:54:36 PM

| 1 | Doublestitched A line hem | $18.65 |
| | Sub Total | $18.65 |
| | Total | $18.65 |
| | 31-Oct CASH | $18.65 |
| | Balance | $0.00 |

0 Pieces

__PAID OUT/OVERRING SLIP__

( ) DRYCLEANING        OVERRING (✓)
   or                          PAID OUT ( )
( ) ALTERATION          REFUND ( )

DATE _10-31-2016_ TICKET #_____

STORE _5_   AMOUNT _$19.95_

EMPLOYEE _Ann Hagen_

EXPLANATION _The Limited_
_Summit Mall_

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004



TA        139416

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
10/1/2016   5:23:52 PM

| 5 | Small mend up to 3" | $27.50 |
| | Sub Total | $27.50 |
| | Total | $27.50 |
| | 31-Oct CASH | $27.50 |
| | Balance | $0.00 |

0 Pieces

Ready Mon 10/3/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:06 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

Receipt

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004



TA        139418

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
10/1/2016   5:35:06 PM

| 1 | Tack | $3.25 |
| 1 | Invisible zipper12"to19" li | $31.90 |
| | THE LIMITED | |
| 1 | ST HEM | $12.25 |
| 1 | Doublestitched A-line hem | $18.65 |
| | GREGROS | |
| | Sub Total | $66.05 |
| | Total | $66.05 |
| | 31-Oct CASH | $66.05 |
| | Balance | $0.00 |

0 Pieces

Ready Mon 10/3/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:26 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***



TA      140718

**THE LIMITED, SUMMIT MALL**

3308690812      1 / AH
10/24/2016    12:59:33 PM

| | | |
|---|---|---|
| 2 | ST HEM | $24.50 |
| | CVENGROS | |
| 1 | blind hem | $12.25 |
| 1 | LENGTHEN | $12.25 |
| | KERN | |
| 1 | LENGTHEN | $12.25 |
| | FINNEL | |
| 1 | blind hem | $12.25 |
| | HALL | |
| 2 | ST HEM | $24.50 |
| | SKINNER | |
| 1 | LENGTHEN | $12.25 |
| | FLEMING | |
| 1 | ST HEM | $12.25 |
| | COOPER | |
| 2 | blind hem | $24.50 |
| | HARMON | |
| 1 | ST HEM | $12.25 |
| | PATRICK | |
| 2 | ST HEM | $24.50 |
| | GRIFFITH | |

|  |  |
|---|---|
| Sub Total | $183.75 |
| Total | $183.75 |
| 31-Oct CASH | $183.75 |
| Balance | $0.00 |

4 Pieces

Ready Thu 10/27/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:37 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

---



A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA      140907

**THE LIMITED, SUMMIT MALL**

3308690812      1 / TO
10/27/2016    2:42:24 PM

| | | |
|---|---|---|
| 1 | STITCHED | $12.25 |
| | LINDSAY LIMPEROS | |

|  |  |
|---|---|
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |

0 Pieces

Ready Mon 10/31/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:33 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***

---

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH.44333
330-836-0004

TA      140767

**THE LIMITED, SUMMIT MALL**

3308690812      1 / AH
10/25/2016    8:56:35 AM

| | | |
|---|---|---|
| 1 | ST HEM | $12.25 |
| | SNIDER | |

|  |  |
|---|---|
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |

0 Pieces

Ready Thu 10/27/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:30 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

*** REPRINT ***



**TA 140296**

THE LIMITED, SUMMIT MALL

3308690812    1 / AH
10/17/2016    11:16:15 AM

| | |
|---|---|
| 2 ST HEM | $26.50 |
|   HORVATH | |
| 1 ST HEM | $12.25 |
|   FINNEL | |
| 1 blind hem | $12.25 |
|   DOYSON | |
| 1 blind hem | $12.25 |
|   VIDIKA | |
| 1 blind hem | $12.25 |
|   GAFFNEY | |
| 1 blind hem | $12.25 |
|   RENEC | |
| 2 ST HEM | $24.50 |
|   SNIDER | |
| 1 HEM N FACING | $22.25 |
|   CVENGROS | |
| 2 blind hem | $24.50 |
|   ZEPERNICK | |
| Sub Total | $159.00 |
| Total | $159.00 |
| 31-Oct CASH | $159.00 |
| Balance | $0.00 |
| 6 Pieces | |

Ready Thu 10/20/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:31:22 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours   Saturday    8am to 6pm

*** REPRINT ***



---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



**TA 140557**

THE LIMITED, SUMMIT MALL

3308690812    1 / TO
10/21/2016    12:57:41 PM

| | |
|---|---|
| 1 STITCHED | $12.25 |
|   THEONA FERGUSON | |
| 2 STITCHED | $24.50 |
|   EILEEN MCDONALA | |
| Sub Total | $36.75 |
| Total | $36.75 |
| 31-Oct CASH | $36.75 |
| Balance | $0.00 |
| 0 Pieces | |

Ready Mon 10/24/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:40 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours   Saturday    8am to 6pm

*** REPRINT ***

---



A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



**TA 140165**

THE LIMITED, SUMMIT MALL

3308690812    1 / TO
10/14/2016    12:03:46 PM

| | |
|---|---|
| 1 blind hem | $12.25 |
| Sub Total | $12.25 |
| Total | $12.25 |
| 31-Oct CASH | $12.25 |
| Balance | $0.00 |
| 1 Pieces | |

Ready Mon 10/17/2016

Picked Up  /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:51 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours   Saturday    8am to 6pm

*** REPRINT ***

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



TA     139414

THE LIMITED, SUMMIT MALL

3308690812     1 / SA
10/1/2016    5:20:01 PM

7    Small mend up to 3"        $38.50
                Sub Total        $38.50
                   Total        $38.50
           31-Oct CASH        $38.50
              Balance         $0.00
    0 Pieces

Ready Mon 10/3/2016

Picked Up    /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:30:00 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

*** REPRINT ***

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



TA     139543

THE LIMITED, SUMMIT MALL

3308690812     1 / TO
10/4/2016    1:16:33 PM

1    DOUBLE ST             $12.25
1    blind hem             $12.25
     LORI HICHCOCK 3304160832
                Sub Total        $24.50
                   Total        $24.50
           31-Oct CASH        $24.50
              Balance         $0.00
    1 Pieces

Ready Thu 10/6/2016

Picked Up    /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:31:19 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

*** REPRINT ***

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004



TA     139715

THE LIMITED, SUMMIT MALL

3308690812     1 / AH
10/6/2016    1:24:40 PM

1    blind hem             $12.25
     PURDY
                Sub Total        $12.25
                   Total        $12.25
           31-Oct CASH        $12.25
              Balance         $0.00
    1 Pieces

Ready Mon 10/10/2016

Picked Up    /AH
10/31/2016 09:29 AM

Reprinted by AH 10/31/2016 9:31:15 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday  8am to 6pm

*** REPRINT ***




330-836-0004

TA    139932

# THE LIMITED, SUMMIT MALL

3308690812    1 / AH
10/10/2016    4:29:19 PM

| 1 | blind hem | $12.25 |
| | FRY | |
| 2 | blind hem | $24.50 |
| | MALIDO | |
| 1 | Small mend up to 3" | $5.50 |
| | RUKASAN | |
| 2 | LENGTHEN | $24.50 |
| | COBURN | |
| 1 | blind hem | $12.25 |
| | REMECK | |
| 2 | blind hem | $24.50 |
| | EVANS | |
| 1 | blind hem | $12.25 |
| 1 | ST HEM | $12.25 |
| | BOCKBADER | |

| | Sub Total | $128.00 |
| | Total | $128.00 |
| | 31-Oct CASH | $128.00 |
| | Balance | $0.00 |

7 Pieces

## Ready  Thu 10/13/2016

### Picked Up    /AH
10/31/2016  09:29 AM

Reprinted by AH 10/31/2016 9:31:10 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday    8am to 6pm

### Receipt




2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA    140127

# THE LIMITED, SUMMIT MALL

3308690812    1 / TO
10/13/2016    3:57:40 PM

| 1 | Eye | $2.50 |
| | MINDY MARSDEN | |
| 1 | blind hem | $12.25 |
| | SUSAN ROEPKE | |
| 1 | blind hem | $12.25 |
| | SUSAN ROEPKE | |
| 1 | blind hem | $12.25 |
| | SUSAN ROEPKE | |

| | Sub Total | $39.25 |
| | Total | $39.25 |
| | 31-Oct CASH | $39.25 |
| | Balance | $0.00 |

3 Pieces

## Ready Mon 10/17/2016

### Picked Up  /AH
10/31/2016  09:29 AM

Reprinted by AH 10/31/2016 9:31:01 AM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday    8am to 6pm

### *** REPRINT ***



# A/E Fairlawn
2965 W. Market Street
Fairlawn, OH.44333
330-836-0004

TA        140369

## THE LIMITED, SUMMIT MALL

3308690812    1 / SA
10/18/2016   2:08:00 PM

| | | |
|---|---|---|
| 2 | DBL ST HEM | $24.50 |
| | LEAH PERSARCHICK | |
| 2 | blind hem | $24.50 |
| | SAMANTHA STITZEL | |
| | Sub Total | $49.00 |
| | Total | $49.00 |
| | 31-Oct CASH | $49.00 |
| | Balance | $0.00 |

2 Pieces

## Ready Thu 10/20/2016

### Picked Up  /AH
### 10/31/2016 09:29 AM

Reprinted by AH 11/1/2016 12:03:43 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

## *** REPRINT ***



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2016 | 2000033242 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED FAIRLAWN STORE#253 SUMMIT MALL |

Phone #        330-629-9464

Fax #          330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | TICKET 138634 HEM | 12.25 | 73.50 |
| 2 | TICKET 138361 HEM | 12.25 | 24.50 |
| 1 | TICKET 138984 HEM | 23.10 | 23.10 |
| 4 | TICKET 138984 HEM | 12.25 | 49.00 |
| 4 | TICKET 139021 HEM | 12.25 | 49.00 |
| 1 | TICKET 139021 HEM | 29.95 | 29.95 |
| 4 | TICKET 138163 HEM | 12.25 | 49.00 |
| 4 | TICKET 137452 HEM | 12.25 | 49.00 |
| 4 | TICKET 137579 HEM | 12.25 | 49.00 |
| 1 | TICKET 137579 HEM | 18.65 | 18.65 |
| 1 | TICKET 137579 HEM | 6.12 | 6.12 |
| 2 | TICKET 137704 HEM | 12.25 | 24.50 |
| 3 | TICKET 138135 HEM | 12.25 | 36.75 |
| 4 | TICKET 138019 HEM | 12.25 | 49.00 |
| 5 | TICKET 137809 HEM | 12.25 | 61.25 |

*emailed to Judy*
*12/15/16*
*+*
*1/12/17*

| Total | $592.32 |
|-------|---------|

# THE LIMITED                                    TAILOR INVOICE

INVOICE # **2000033242**

DATE: 9-30-2016

PLEASE PRINT USING INK

PAYABLE TO:

Vendor Number _Alterations_

Vendor Name _Express Fairlawn_

Phone Number _330 836 0004_

Street Address _850_

_McKay Ct._

City State ZIP Code _Youngstown Ohio_

|  |  |  |  | NET 60 DAYS |
|---|---|---|---|---|

| 42 | Shortened Pants | 1225 |  | 514.50 |
|---|---|---|---|---|
| 1 | ~~Lengthened Pants~~ repair | 6.12 |  | 6.12 |
| 1 | skirt - hem | 18.65 |  | 18.65 |
| 1 | dress - hem | 29.95 |  | 29.95 |
| 1 | dress - zipper | 23.10 |  | 23.10 |
|  |  |  | GRAND TOTAL | 59232 |

STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

APPROVAL DATE:

STORE NUMBER:

STORE NAME:

G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _

Use Business Reply Envelope to the Home Office
Attn: Accounts Payable

ACCOUNTS PAYABLE COPY

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH 44333
330-836-0004

TA   138634

THE LIMITED, SUMMIT MALL

3308690812    1 / AH
9/20/2016  9:53:22 AM

1  blind hem                    $12.25
   HOLLY BOYALL
1  blind hem                    $12.25
1  ST HEM
   MARY TONTIMONIA              $12.25
1  ST HEM
   SHEILA OTTO                  $12.25
1  ST HEM
   LEHOTSKI                     $12.25
1  blind hem                    $12.25
   DINA DORNALL
              Sub Total         $73.50
                  Total         $73.50
           1-Oct CASH           $73.50
                Balance          $0.00

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH 44333
330-836-0004

TA   138361

THE LIMITED, SUMMIT MALL

3308690812    1 / TO
9/15/2016  12:32:45 PM

1  blind hem                    $12.25
   CINDY JACK 3305711370
1  STITCHED                     $12.25
   KATHI SARBORO, 3309903046
              Sub-Total         $24.50
                  Total         $24.50
           1-Oct CASH           $24.50
                Balance          $0.00
   1 Pieces

Ready Mon 9/19/2016

Picked Up   /AH
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016 5:49:41 PM

1 Orders Ready After 5pm
adjustment after 10 days of fitting.
ore   Mon - Fri  8am to 7pm
urs   Saturday  8am to 5pm

*** REPRINT ***

---

## PAID OUT/OVERRING SLIP

( ) DRYCLEANING        OVERRING ( ✓ )
        or            PAID OUT ( )
(✓) ALTERATION        REFUND ( )

DATE _10-1-16_  TICKET # _____

STORE _5_   AMOUNT _592.32_

EMPLOYEE _Ann Hagen_

EXPLANATION _office bills_
_The Limited_

## Receipt 1

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH, 44333
330-836-0004

TA 138984



THE LIMITED, SUMMIT MALL

330869081?      1 / AH
9/26/2016      8:01:35 AM

| | | |
|---|---|---|
| 1 | invisible zipper 12" to 19" | $23.10 |
| | HEATHER BELL | |
| 1 | blind hem | $12.25 |
| | COURTNEY-LAMBERT | |
| 1 | ST HEM | $12.25 |
| | MEADOWS | |
| 1 | ST HEM | |
| | STEGFERTH | |
| 1 | blind hem | $12.25 |
| | STEGFERTH | |
| | 2 Pieces | |

Sub Total      $72.10
Total          $72.10
1-Oct CASH     $72.10
Balance        $0.00

Ready Mon 9/26/2016

Picked Up  /AH
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016  5:49:13 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***

## Receipt 2

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH, 44333
330-836-0004

TA 13902?

THE LIMITED, SUMMIT MALL

330869081?      1? / AH
9/26/2016      2:02:47 PM

| | | |
|---|---|---|
| 2 | blind hem | $24.50 |
| | ZEPERNICK | |
| 1 | blind hem | $12.25 |
| | JACKSON | |
| 1 | ST HEM | $12.25 |
| | FERGUSON | |
| 1 | A-line hem with vent, lined | $29.95 |

Sub Total      $78.95
Total          $78.95
1-Oct CASH     $76.95
Balance        $0.00

Ready Thu 9/29/2016

Picked Up  /AH
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016  5:49:21 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***

## Receipt 3

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH, 44333
330-836-0004

TA 138163

THE LIMITED, SUMMIT MALL

330869081?      / AH
9/12/2016      12:29:06 PM

| | | |
|---|---|---|
| 4 | blind hem | $49.00 |
| | HALES | |
| | 4 Pieces | |

Total          $49.00
1-Oct CASH     $49.00
Balance        $0.00

Ready Thu 9/15/2016

Picked Up  /AH
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016  5:49:28 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***



PAGE 08/09

ALTERATIONS EXPRESS

3308361169

10/01/2016   17:45



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH 44333
330-836-0004

TA      137452

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
8/29/2016    12:26:05 PM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | CHRISTINE SHORER | |
| 2 | blind hem | $24.50 |
| | KATHY WILSON | |
| 1 | blind hem | $12.25 |
| | HOLLY BYALL | |

| | |
|---|---|
| Sub Total | $49.00 |
| Total | $49.00 |
| 1-Oct CASH | $49.00 |
| Balance | $0.00 |

4 Pieces

**Ready Thu 9/1/2016**

**Picked Up   /AH**
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016 5:50:18 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

**\*\*\* REPRINT \*\*\***

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH 44333
330-836-0004

TA      137579

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
8/31/2016    1:20:39 PM

| | | |
|---|---|---|
| 1 | Rehem blindstitch 1 leg | $6.12 |
| | KATIE OBLAK | |
| 1 | blind hem | $12.25 |
| | KELSEY MEADOWS | |
| | | $36.75 |
| | blind hem | |
| | CINDE TARTAGLIA | $18.65 |
| 1 | Doublestitch A-line hem | |
| | BRIDGET OCONNER | |

| | |
|---|---|
| Sub Total | $73.77 |
| Total | $73.77 |
| 1-Oct CASH | $73.77 |
| Balance | $0.00 |

4 Pieces

**Ready Thu 9/1/2016**

**Picked Up   /AH**
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016 5:50:13 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

**\*\*\* REPRINT \*\*\***

---



**A/E Fairlawn**
2965 W. Market Street
Fairlawn, OH 44333
330-836-0004

TA      137704

THE LIMITED, SUMMIT MALL

3308690812      1 / SA
9/2/2016    12:51:15 PM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | MAGGIE SIENMAN-SMITH | |
| | blind hem | $12.25 |
| | STEPHANIE MI-TAGER | |

| | |
|---|---|
| Sub Total | $24.50 |
| Total | $24.50 |
| 1-Oct CASH | $24.50 |
| Balance | $0.00 |

2 Pieces

**Ready Tue 9/6/2016**

**Picked Up   /AH**
10/1/2016  05:49 PM

Reprinted by AH 10/1/2016 5:50:07 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri  8am to 7pm
Hours    Saturday   8am to 6pm

**\*\*\* REPRINT \*\*\***



**Receipt 1**

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH 44333
330-836-0004



TA   138135

THE LIMITED, SUMMIT MALL

3308690812   1 / SA
9/10/2016   5:00:02 PM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | W FUBLER | |
| 2 | ST HEM | $24.50 |
| | KAREN SNIDER | |
| | Sub Total | $36.75 |
| | Total | $36.75 |
| | 1-Oct CASH | $36.75 |
| | Balance | $0.00 |
| | 1 Pieces | |

Ready Mon 9/12/2016

Picked Up   /AH
10/1/2016   05:49 PM

Reprinted by AH 10/1/2016 5:49:49 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***

**Receipt 2**

A/E Fairlawn
2965 N. Market Street
Fairlawn, OH 44333
330-836-0004

TA   138019

THE LIMITED, SUMMIT MALL

3308690812   1 / TO
9/9/2016   11:53:49 AM

| | | |
|---|---|---|
| 1 | blind hem | $12.25 |
| | TIFFANY LENARD 3309267736 | |
| 1 | blind hem | $12.25 |
| | JESSICCA JARUIS3306978025 | |
| 1 | blind hem | $12.25 |
| | TOREY TOLSON3303293510 | |
| 1 | blind hem | $12.25 |
| | CHRISTINE SEELING3306065937 | |
| | Sub Total | $49.00 |
| | Total | $49.00 |
| | 1-Oct CASH | $49.00 |
| | Balance | $0.00 |
| | 4 Pieces | |

Ready Mon 9/12/2016

Picked Up   /AH
10/1/2016   05:49 PM

Reprinted by AH 10/1/2016 5:49:55 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***

**Receipt 3**

2965 W. Market Street
Fairlawn, OH 44333
330-836-0004



TA   137809

THE LIMITED, SUMMIT MALL

3308690812   1 / SA
9/6/2016   10:59:17 AM

| | | |
|---|---|---|
| 2 | blind hem | $24.50 |
| | SUE KIRBY | |
| 1 | ST HEM | $12.25 |
| | SHANNON KISHA | |
| 1 | blind hem | $12.25 |
| | TERE KOENIG | |
| 1 | ST HEM | $12.25 |
| | MORGAN SAVEL | |
| | Sub Total | $61.25 |
| | Total | $61.25 |
| | 1-Oct CASH | $61.25 |
| | Balance | $0.00 |
| | 3 Pieces | |

Ready Thu 9/8/2016

Picked Up   /AH
10/1/2016   05:49 PM

Reprinted by AH 10/1/2016 5:50:01 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store   Mon - Fri  8am to 7pm
Hours   Saturday   8am to 6pm

*** REPRINT ***

# Statement



**ALTERATIONS EXPRESS** ®
AMERICA'S TAILOR SHOP

850 MCKAY COURT
YOUNGSTOWN, OH 44512
Phone # 330-629-9464   Fax # 330-629-9465

| Date |
|------|
| 1/25/2017 |

| To: |
|-----|
| LIMITED 224<br>STORE #345 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $357.50 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/07/2016 | INV #2000040425. Orig. Amount $287.70. | 287.70 | 287.70 |
| 12/23/2016 | INV #2000040427. Orig. Amount $69.80. | 69.80 | 357.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 69.80 | 287.70 | 0.00 | $357.50 |

# Invoice



| Date | Invoice # |
|------|-----------|
| 11/7/2016 | 2000040425 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED 224
STORE #345 |

Phone #        330-629-9464

Fax #          330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 23 | SHORTENED HEM | 11.25 | 258.75 |
| 1 | LENGTHENED HEM | 11.50 | 11.50 |
| 1 | LINED PANTS HEM | 14.95 | 14.95 |
| 1 | HOOK REPAIR | 2.50 | 2.50 |

| **Total** | **$287.70** |
|-----------|-------------|

# THE LIMITED                    TAILOR INVOICE

INVOICE # **2000040425**

DATE: 11/7/16

**PLEASE PRINT USING INK**

**PAYABLE TO:**

Vendor Number _____

Vendor Name *Alterations Express*

Phone Number (330) 758-1075

Street Address 850 McKay Ct

_____

City State ZIP Code Boardman OH 44515

| MONTH SERVICE PERFORMED | BEGINNING DATE | ENDING DATE | PURCHASE ORDER # | PAYMENT TERMS |
|---|---|---|---|---|
| | | | | NET 60 DAYS |

| QTY | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|
| 23 | Shortened Pants | 11.25 | | 258.75 |
| 1 | Lengthened Pants | 11.50 | | 11.50 |
| 1 | Lined Pants | 14.95 | | 14.95 |
| 1 | Hook (repair) | 2.50 | | 2.50 |
| 1 | Clean Blouse | 5.57 | | 5.57 |
| 1 | Clean sport jacket | 5.91 | GRAND TOTAL | 5.91 |

TOTAL  299.18

**STORE STAMP**

287⁰⁰

345

**STORE MANAGEMENT APPROVAL**

Leanne Ohlin
STORE MANAGER (PRINT NAME):

STORE MANAGER (SIGNATURE):

11-8-16
APPROVAL DATE:

345
STORE NUMBER:

The Limited
STORE NAME:

| ACCOUNTS PAYABLE USE ONLY | MAILING INSTRUCTIONS |
|---|---|
| G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _ | Use Business Reply Envelope to the Home Office Attn: Accounts Payable |

ACCOUNTS PAYABLE COPY

# Invoice



| Date | Invoice # |
|------|-----------|
| 12/23/2016 | 2000040427 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED 224
STORE #345 |

Phone #        330-629-9464

Fax #          330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | SHORTENED PANTS HEM | 11.25 | 11.25 |
| 2 | ORIGINAL HEM | 18.75 | 37.50 |
| 1 | JEAN HEM | 12.25 | 12.25 |
| 1 | REHEM | 5.25 | 5.25 |
| 1 | REPAIR HEM | 3.55 | 3.55 |

| | Total | $69.80 |
|--|-------|--------|

# THE LIMITED

# TAILOR INVOICE

INVOICE # **2000040427**

DATE: 12/23/16

PLEASE PRINT USING INK

PAYABLE TO:

Vendor Number _____

Vendor Name _Alterations Express_

Phone Number _330-758-1075_

Street Address _850 McKaij Ct._

_____

City State ZIP Code _Boardman OH 44512_

| MONTH SERVICE PERFORMED | BEGINNING DATE | ENDING DATE | PURCHASE ORDER # | PAYMENT TERMS |
|---|---|---|---|---|
| | | | | NET 60 DAYS |

| QTY | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|
| 1 | Shortened Pants | 11.25 | | 11.25 |
| 2 | ~~Lengthened Pants~~ Original hems | 18.75 | | 37.50 |
| 1 | Jean hem | 12.25 | | 12.25 |
| 1 | Rehem 1 lg | 5.25 | | 5.25 |
| 1 | repair | 3.55 | | 3.50 |
| | | | GRAND TOTAL | 69.80 |

| STORE STAMP | STORE MANAGEMENT APPROVAL |
|---|---|
| 345 | STORE MANAGER (PRINT NAME): _Hannah Dylan_ <br><br> STORE MANAGER (SIGNATURE): _12-23-16._ <br><br> APPROVAL DATE: 345 <br><br> STORE NUMBER: _Sautrn Prk Dlmiden_ <br><br> STORE NAME: |

| ACCOUNTS PAYABLE USE ONLY | MAILING INSTRUCTIONS |
|---|---|
| G/L ACCOUNT # 355 – 03 – 000 – 00 _ _ _ | Use Business Reply Envelope to the Home Office Attn: Accounts Payable |

ACCOUNTS PAYABLE COPY

# Statement



### ALTERATIONS EXPRESS ®
### AMERICA'S TAILOR SHOP

850 MCKAY COURT
YOUNGSTOWN, OH 44512
Phone # 330-629-9464   Fax # 330-629-9465

| Date |
|------|
| 1/25/2017 |

To:

LIMITED, THE
NILES
STORE#187

| Amount Due | Amount Enc. |
|------------|-------------|
| $57.75 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 10/26/2016 | INV #733497. Orig. Amount $11.25. | 11.25 | 11.25 |
| 10/31/2016 | INV #733703. Orig. Amount $11.25. | 11.25 | 22.50 |
| 11/05/2016 | INV #141359. Orig. Amount $12.25. | 12.25 | 34.75 |
| 12/05/2016 | INV #734483. Orig. Amount $23.00. | 23.00 | 57.75 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 23.00 | 34.75 | 0.00 | $57.75 |

# Invoice



| Date | Invoice # |
|------|-----------|
| 10/26/2016 | 733497 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED, THE<br>NILES<br>STORE#187 |

| Phone # | 330-629-9464 |
|---------|--------------|
| Fax # | 330-629-9465 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 15 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | TICKET 733497 HEM | 11.25 | 11.25 |

| | **Total** | **$11.25** |
|--|-----------|------------|

Alterations Express N
iles
6825 Youngstown-Warren Road
Niles, OH.44446
330 544-0012

TA*    733497    TA*

LIMITED, XX

3306521424    3 / jm
10/22/2016   3:13:02 PM

1   Regular hem                    $11.25
              Sub Total            $11.25
              SALES TAX 1           $0.76
                   Total           $12.01
            26-Oct CASH            $12.01
               Balance             $0.00
        1 Pieces

Ready   ue 10/25/2016

    Picked Up   /jf
  10/26/2016  03:20 PM

Reprinted by jf 10/26/2016 3:21:06 PM

ALL Orders Ready After 5pm
*No Adjustments After 10 Days of Fitting
Store      Mon - Fri  8am to 7pm
Hours      Saturday   8am to 6pm

    *** REPRINT ***

Niles    №672803

10/31

7902 4136

Ring Code 824

# Hem Service Form

### Customer Information
Name: MARY BANCROFT

Home Phone: _____

Mobile Phone: 330 718 2571

Address: 309 BROADWAY AVE SE

City: WARREN

State: OH    Zip Code: 44484

E-mail: M.BANCROFT@JB-INDUSTRIES.COM

### Customer Acknowledgement
Would you like to receive exclusive offers, updates and more from The Limited? Please indicate your contact preferences with the information you provided above (check all that apply).

☐ Telephone    ☐ Mail    ☐ E-mail    ☑ Text

When you sign up for e-mail, we will send you information about our company that may be of interest to you. The e-mails we send will include special offers, promotions, updates on services offered, invitations to join other promotional programs, and notification of upcoming events.

### Store Information
Store #/Name: 1667/EASTWOOD

Store Phone: 330 1052 1424

Associate Name: PAIGE COEY

Transaction #: 106078

*Paige Coey*

### Garment Information
Pant Name: IDEAL STRETCH BOOTCUT

Style #: 7504

Class #: 9100

Color Code: 100

Size: 4

### Tailor Information
Shorten:    ☑ As pinned
            ☐ Shorten to a _____ inseam
            ☐ Shorten by _____ inches

Lengthen:   ☐ By ½"   ☐ By 1"   ☐ By 1¼"
            ☐ Lengthen to a _____ inseam

Special Instructions: _____

Date Purchased: 10/29/16   Date Available: _____

☐ Ship To   ☑ Pick Up

Customer Signature: _____



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 733703 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED, THE<br>NILES<br>STORE#187 |

Phone #        330-629-9464

Fax #        330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 15 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | TICKET 733703 HEM | 11.25 | 11.25 |

| | Total | $11.25 |

Alterations Express N
iles
6825 Youngstown-Warren Road
Niles, OH. 44446
330-544-0012

TA*    733703    TA*

LIMITED, XX

3306521424    3 / jf
10/29/2016    3:22:52 PM

| | | |
|---|---|---|
| 1 Regular hem | | $11.25 |
| | Sub Total | $11.25 |
| | SALES TAX 1 | $0.76 |
| | Total | $12.01 |
| 31-Oct CASH | | $12.01 |
| | Balance | $0.00 |
| 1 Pieces | | |

Ready Mon 10/31/2016

Picked Up   /LB
10/31/2016 05:20 PM

Reprinted by LB 10/31/2016 5:20:31 PM

ALL Orders Ready After 5pm
*No Adjustments After 10 Days of Fitting
Store        Mon - Fri  8am to 7pm
Hours        Saturday   8am to 6pm

*** REPRINT ***

---

№ 672802

Ring Code 824

# Hem Service Form

**Customer Information**
Name: Jodi Blinzley
Home Phone: 330-770-5111
Mobile Phone:
Address: 723 Dresden Dr.
City: Hubbard
State: Ohio        Zip Code: 44425
E-mail: tblinzley@aol.com

**Customer Acknowledgement**
Would you like to receive exclusive offers, updates and more from The Limited? Please indicate
your contact preferences with the information you provided above (check all that apply).

☐ Telephone        ☐ Mail        ☐ E-mail        ☒ Text

When you sign up for e-mail, we will send you information about our company that may be of
interest to you. The e-mails we send will include special offers, promotions, updates on services
offered, invitations to join other promotional programs, and notification of upcoming events.

**Store Information**
Store #/Name: 1871/Eastwood
Store Phone: 330-652-1424
Associate Name: Jenn Romack
Transaction #: 0525

**Garment Information**
Pant Name: Ideal Stretch Bootcut
Style #: 39166
Class #: 966
Color Code: 398
Size: 12

**Tailor Information**
Shorten:    ☒ As pinned
            ☐ Shorten to a _____ inseam
            ☐ Shorten by _____ inches
Lengthen:  ☐ By ½"   ☐ By 1"   ☐ By 1¼"
            ☐ Lengthen to a _____ inseam

Special Instructions: _____

_____

Date Purchased: 10-22-16  Date Available: _____

☐ Ship To   ☒ Pick Up

**Customer Signature:** Jodi Blinzley



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2016 | 141359 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED, THE
NILES
STORE#187 |

Phone #          330-629-9464

Fax #              330-629-9465

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | Net 15 |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | TICKET 141359 HEM | 12.25 | 12.25 |

| | **Total** | $12.25 |
|--|-----------|--------|

## PAID OUT/OVERRING SLIP

( ) DRYCLEANING     OVERRING ( ✓ )
      or          PAID OUT ( )
(✓) ALTERATION     REFUND ( )

DATE _11/5/16_   TICKET # _141359_

STORE _5_    AMOUNT _1.2 ²⁵_

EMPLOYEE _Tammy_

EXPLANATION _The Limited_
_picked up by their customer_

---

A/E Fairlawn
2965 W. Market Street
Fairlawn, OH. 44333
330-836-0004

TA    141359

THE LIMITED, SUMMIT MALL

3308690812    17/ SA
11/4/2016   6:24:50 PM

| | | |
|---|---|---|
| 1   blind hem | | $12.25 |
|    MONTARA KISS | | |
| | Sub Total | $12.25 |
| | Total | $12.25 |
| | 5-Nov CASH | $12.25 |
| | Balance | $0.00 |

1 Pieces

Ready Sat 11/5/2016

Picked Up   /TO
11/5/2016 11:27 AM

Reprinted by SA 11/5/2016 12:28:56 PM

All Orders Ready After 5pm
No adjustment after 10 days of fitting.
Store    Mon - Fri   8am to 7pm
Hours   Saturday   8am to 6pm

**\*\*\* REPRINT \*\*\***



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/5/2016 | 734483 |

F.E.G. CORPORATION
850 MCKAY COURT
YOUNGSTOWN, OH 44512

| Bill To |
|---------|
| LIMITED, THE
NILES
STORE#187 |

| Phone # | 330-629-9464 |
|---------|--------------|
| Fax # | 330-629-9465 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 15 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | TICKET 734483 LENGTHENED HEM | 11.50 | 11.50 |
| 1 | TICKET 7734483 HEM | 11.50 | 11.50 |

| | **Total** | $23.00 |
|--|-----------|--------|

**Alterations Express N iles**
6825 Youngstown-Warren Road
Niles, OH.44446
330-544-0012

TA* 734483



LIMITED, XX

3306521424   3 / LB
11/29/2016   1:47:40 PM

| | | |
|---|---|---|
| 1 | Lengthen hem | $11.50 |
| 1 | 672805 | $0.00 |
| 1 | Lengthen hem | $11.50 |
| 1 | 672806 | $0.00 |

| | |
|---|---|
| Sub Total | $23.00 |
| SALES TAX 1 | $1.55 |
| Total | $24.55 |
| Balance | $24.55 |

4 Pieces

Ready Wed 11/30/2016

ALL Orders Ready After 5pm
*No Adjustments After 10 Days of Fitting
Store        Mon - Fri  8am to 7pm
Hours        Saturday   8am to 6pm

**Store Copy**

**Alterations Express N iles**
6825 Youngstown-Warren Road
Niles, OH.44446
330-544-0012

TA* 734483

LIMITED, XX

3306521424   3 / LB
11/29/2016   1:47:40 PM

| | | |
|---|---|---|
| 1 | Lengthen hem | $11.50 |
| 1 | 672805 | $0.00 |
| 1 | Lengthen hem | $11.50 |
| 1 | 672806 | $0.00 |

| | |
|---|---|
| Sub Total | $23.00 |
| SALES TAX 1 | $1.55 |
| Total | $24.55 |
| Balance | $24.55 |

4 Pieces

Ready Wed 11/30/2016

ALL Orders Ready After 5pm
*No Adjustments After 10 Days of Fitting
Store        Mon - Fri  8am to 7pm
Hours        Saturday   8am to 6pm

**Customer Copy**



№ 672805

7902 4136

Ring Code 824

# Hem Service Form

**Customer Information**

Name: KATHEL SKODZYLAS

Home Phone: _____

Mobile Phone: 330 770 4420

Address: 510 QUARRY LN

City: WARREN

State: OH        Zip Code: 44483

E-mail: MFSCIUHZI4@AOL.COM

**Customer Acknowledgement**

Would you like to receive exclusive offers, updates and more from The Limited? Please indicate your contact preferences with the information you provided above (check all that apply).

☑ Telephone    ☐ Mail    ☐ E-mail    ☐ Text

When you sign up for e-mail, we will send you information about our company that may be of interest to you. The e-mails we send will include special offers, promotions, updates on services offered, invitations to join other promotional programs, and notification of upcoming events.

**Store Information**

Store #/Name: THE LIMITED 187

Store Phone: 330 652 1424

Associate Name: PAIGE

Transaction #: 49858

**Garment Information**

Pant Name: IDEAL STRETCH SKINNY

Style #: 92605

Class #: 9166

Color Code: 9605

Size: 7

**Tailor Information**

Shorten:    ☐ As pinned

☐ Shorten to a _____ inseam

☐ Shorten by _____ inches

Lengthen:  ☐ By ½"   ☑ By 1"   ☐ By 1¼"

☐ Lengthen to a _____ inseam

Special Instructions: _____

_____

_____

Date Purchased: 11/25   Date Available: _____

☐ Ship To   ☐ Pick Up

**Customer Signature:**

№672806

Ring Code 824

# Hem Service Form

## Customer Information
Name: _KACHEL SKOCZYLAS_

Home Phone: _____

Mobile Phone: _330 720 4420_

Address: _510 QUARRY LN_

City: _WARREN_

State: _OH_          Zip Code: _44483_

E-mail: _MISSCLUTZ14@AOL.COM_

## Customer Acknowledgement
Would you like to receive exclusive offers, updates and more from The Limited? Please indicate your contact preferences with the information you provided above (check all that apply):

☑ Telephone          ☐ Mail          ☐ E-mail          ☐ Text

When you sign up for e-mail, we will send you information about our company that may be of interest to you. The e-mails we send will include special offers, promotions, updates on services offered, invitations to join other promotional programs, and notification of upcoming events.

## Store Information
Store #/Name: _THE LIMITED 187_

Store Phone: _330 652 1424_

Associate Name: _PAIGE_

Transaction #: _4986_

## Garment Information
Pant Name: _IDEAL STRETCH_

Style #: _35705_

Class #: _9010_

Color Code: _103_

Size: _2_

## Tailor Information
Shorten:     ☐ As pinned
             ☐ Shorten to a _____ inseam
             ☐ Shorten by _____ inches
Lengthen:   ☐ By ½"   ☑ By 1"   ☐ By 1¼"
             ☐ Lengthen to a _____ inseam

Special Instructions: _____
_____
_____

Date Purchased: _____   Date Available: _____

☐ Ship To   ☐ Pick Up

## Customer Signature: _____
All orders will be processed and paid for upon completion.