# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIMITED STORES COMPANY, LLC, *et al.*,[1] | Case No. 17-10124 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 245** |

## NOTICE OF TRANSACTION

**PLEASE TAKE NOTICE** that, on January 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that, on February 17, 2017, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved an *Order Establishing Procedures for De Minimis Asset Transactions* [Docket No. 245] (the "Transaction Order"), whereby the Bankruptcy Court authorized the Debtors to use, sell, transfer, or acquire certain non-core assets (collectively, the "De Minimis Assets").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Transaction Order, the Debtors propose to sell or acquire the De Minimis Assets set forth and described on **Exhibit A** attached hereto (the "Transaction Assets"). **Exhibit A** identifies, for each Sale Asset, the purchaser or seller, purchase price, significant terms of any applicable transaction agreement, and reasonable details as to any marketing or sales process involved, if applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Transaction Order, any recipient of this notice may object to the proposed transaction within 7 calendar days of service of this notice. Objections: (a) **must be in writing**; (b) **must be received within 7 calendar days of service of this notice**; and (c) must be submitted by mail or facsimile to the counsel to the Debtors, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801, Attn: Domenic E. Pacitti and Michael W. Yurkewicz. If you object, the Debtors may not use, sell, transfer, or acquire the Transaction Assets unless you and the Debtors consensually resolve the objection or upon further Bankruptcy Court order approving the use, sale, transfer, or acquisition of such Transaction Assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Limited Stores Company, LLC (6463); Limited Stores, LLC (0165); and The Limited Stores GC, LLC (6094). The location of the Debtors' service address is: 7775 Walton Parkway, Suite 400, New Albany, Ohio 43054.

## **EXHIBIT A**

1. Assets Being Sold: 234 Herman Miller Aeron chairs

2. Purchaser: Tween Brands Services Co., 8323 Walton Parkway, New Albany, OH 43054.

3. Purchase Price: $67,860.00

4. Sales/Marketing: The Debtors sought out prospective purchasers of their FF&E at their corporate offices. The prospective buyer list included national liquidators, local corporate offices, wholesalers, retailers, and auctioneers. Offers were solicited for the whole or any part of the FF&E. The Debtors and their advisors analyzed the bids received and engaged in further negotiations with the bidders to obtain the highest combination of bids.

5. Terms of Sale: As is/where is.

6. Sales Agent or Broker: None.

7. Application of Proceeds: The Proceeds will be applied to the outstanding balance, if any, of the Debtors postpetition financing facility. Otherwise, the Debtors will not distribute proceeds at this time.