KJC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2017 JUL 18 AM 9: 34

| IN RE: | § | Case 17-10125 |
| --- | --- | --- |
| LS Wind Down, LLC | § | |
| DEBTOR | § | Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Priority Proof of Claim No. 1223 in the amount of $1,458.10, which was received by the court on June 9th, 2017 for Texas Workforce Commission Account No. XX-XXX607-6, LIMITED STORES LLC. This Notice of Claim Withdrawal is solely for the Claim No. 1223 and does not affect any other of this agency's claims filed in the case referenced above.

Respectfully submitted, this 14th day of July, 2017.

By: _____
Erin Reid
Account Examiner
Texas Workforce Commission

###