IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 17-10124 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 13, 2019 AT 11:00 A.M. (EASTERN TIME)**

*PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED.*

**RESOLVED MATTER:**

1. Motion of Plan Trustee for an Order Extending the Claims Objection Deadline to July 8, 2019 [Filed 12/20/18] (Docket No. 886)

   Response Deadline:    January 3, 2019 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Certificate of No Objection Regarding Motion of Plan Trustee for an Order Extending the Claims Objection Deadline to July 8, 2019 [Filed 1/4/19] (Docket No. 891)

   B. [Signed] Order Extending the Claims Objection Deadline to July 8, 2019 [Filed 1/8/19] (Docket No. 892)

   Status: The Court has entered the order on this matter and it is now resolved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

Dated: January 9, 2019

                         PACHULSKI STANG ZIEHL & JONES LLP

                         */s/ James E. O'Neill*
                         Bradford J. Sandler (Bar No. 4142)
                         James E. O'Neill (Bar No. 4042)
                         919 North Market Street, 17th Floor
                         P O Box 8705
                         Wilmington, DE 19899 (Courier 19801)
                         Tel:  (302) 652-4100
                         Fax:  (302) 652-4400
                         Email: bsandler@pszjlaw.com
                                   joneill@pszjlaw.com

                         -and-

                         KELLEY DRYE & WARREN LLP
                         James S. Carr (admitted *pro hac vice*)
                         Kristin S. Elliott (admitted *pro hac vice*)
                         101 Park Avenue
                         New York, NY  10178
                         Tel:  (212) 808-7800
                         Fax:  (212) 808-7897

                         *Counsel to the Plan Trustee*