

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |

Defendant: **Arden Jewelry Mfg. Co.**
Bankruptcy Case: **LSC Wind Down, LLC**
Preference Period: **Oct 19, 2016 - Jan 17, 2017**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Limited Stores, LLC | Limited Stores, LLC | 1008342 | $14,205.19 | 11/4/2016 | 23692 | 8/4/2016 | $8,381.16 |
| Limited Stores, LLC | Limited Stores, LLC | 1008342 | $14,205.19 | 11/4/2016 | 23635 | 7/28/2016 | $5,824.03 |

Totals:    1 transfer(s),    $14,205.19