## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 17-10124 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Ted Tokuda, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, New York, 11219.

3. On the 28th day of May, 2019, DRC, acting under my supervision, caused to serve the *Notice of Agenda of Matters Scheduled for Hearing on May 30, 2019 at 9:30 A.M. (Eastern Time)* (Docket No. 1010), to be served via electronic mail upon the parties as set forth in Exhibit 1, via facsimile upon the parties as set forth in Exhibit 2, via Federal Express Overnight upon the parties as set forth in Exhibit 3, and via USPS Express Overnight Delivery upon the parties as set forth in Exhibit 4, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 29th day of May, 2019 in Brooklyn, New York.

By _____
           Ted Tokuda

Sworn before me this
29th day of May, 2019

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC-STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463), LS Wind Down, LLC f/k/a Limited Stores, LLC (0165), and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000125P001-1355S-184<br>CALHOUN & DI PONIO PLC<br>KEVIN C CALHOUN<br>29828 TELEGRAPH ROAD<br>SOUTHFIELD MI 48034-1338<br>KEVIN@LAWYERMICH.COM | 000041P001-1355S-184<br>CO INTERNATIONAL<br>JASON SHI<br>42 DUFFLAW RD<br>TORONTO ON M6A 2W1<br>CANADA<br>JASON.SHI@CLIO-OZ.COM | 000044P001-1355S-184<br>DEMANDWARE INC<br>PATRICK LYNN<br>5 WALL ST<br>ACCOUNTS RECEIVABLE<br>BURLINGTON MA 01803<br>PLYNN@SALESFORCE.COM | 000038P001-1355S-184<br>DIANE GILMAN JEANS LLC AKA SUNRISE<br>GERARD GUEZ<br>801 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017<br>GERARD@GUEZ.CO |
| 000042P001-1355S-184<br>ELLIOT STAPLES<br>231 WEST 16TH ST<br>APT 5E<br>NEW YORK NY 10011<br>ELLIOTSTAPLES@YAHOO.COM | 000053P001-1355S-184<br>GOOGLE INC<br>PHILIP FRAZER<br>320 N MORGAN<br>STE 600<br>CHICAGO IL 60607<br>PFRAZER@GOOGLE.COM | 009765P001-1355A-184<br>JEAN A PAULUS<br>4500 CRUZ DR<br>MIDLAND MI 48642<br>THE4JPS@AOL.COM | 000032P002-1355S-184<br>JOHN BUELL<br>2428 LAKEFRONT DR.<br>KNOXVILLE TN 37922<br>JOHNDBUELLJR@GMAIL.COM |
| 000090P001-1355S-184<br>KELLEY DRYE & WARREN LLP<br>JAMES S CARR; JASON R ADAMS<br>101 PARK AVENUE<br>NEW YORK NY 10017<br>JCARR@KELLEYDRYE.COM | 000090P001-1355S-184<br>KELLEY DRYE & WARREN LLP<br>JAMES S CARR; JASON R ADAMS<br>101 PARK AVENUE<br>NEW YORK NY 10017<br>JADAMS@KELLEYDRYE.COM | 000031P001-1355S-184<br>KENILWORTH CREATIONS<br>ERIC SOLOFF<br>PO BOX 9541<br>30 JEFFERSON PARK RD<br>WARWICK RI 02888<br>ERICS@KENILWORTHCREATIONS.COM | 000033P001-1355S-184<br>KSC STUDIO LLC AKA ONEKREATE<br>PAULETTE ELLISON<br>3850 29TH TERRACE<br>#101<br>HOLLYWOOD FL 33020<br>PAULETTE.ELLISON@ONEKREATE.COM |
| 000107P001-1355S-184<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147<br>KURTZMAN@KURTZMANSTEADY.COM | 000070P001-1355S-184<br>LECLAIRRYAN<br>ANDREW L. COLE<br>800 NORTH KING ST SUITE 303<br>WILMINGTON DE 19801<br>ANDREW.COLE@LECLAIRRYAN.COM | 000036P001-1355S-184<br>MGF SOURCING US  LLC<br>JIM SCHWARTZ<br>4200 REGENT ST<br>STE 205<br>COLUMBUS OH 43219<br>JSCHWARTZ@MGFSOURCING.COM | 000121P001-1355S-184<br>MICHIGAN DEPT OF TREASURY<br>BILL SCHUETTE;KATHERINE KERWIN<br>CADILLAC PLACE STE 10-200<br>3030 W GRAND BLVD<br>DETROIT MI 48202<br>KERWINK@MICHIGAN.GOV |
| 000055P001-1355S-184<br>MICROSOFT ONLINE INC<br>MING CHAN<br>11 TIMES SQUARE<br>NEW YORK NY 10036<br>MINGC@MICROSOFT.COM | 008999P001-1355A-184<br>MIRANDA SNIPES<br>409 KENNEDY AVE<br>SCHERERVILLE IN 46375<br>MIRANDA@CODIESANCHEZ.COM | 008999P001-1355A-184<br>MIRANDA SNIPES<br>409 KENNEDY AVE<br>SCHERERVILLE IN 46375<br>MIRANDA.SNIPES@ICLOUD.COM | 000091P001-1355S-184<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER<br>919 N MARKET ST., 17TH FLOOR<br>WILMINGTON DE 19801<br>BSANDLER@PSZJLAW.COM |
| 000034P001-1355S-184<br>RDG GLOBAL LLC<br>IRENE GOSSETT<br>530 7TH AVE<br>STE 302<br>NEW YORK NY 10018<br>IRENE@GLOBAL530.COM | 000039P001-1355S-184<br>SALTY INC<br>ISABELLA FRIEDMAN<br>499 7TH AVE  9TH FL<br>NEW YORK CITY NY 10018<br>ISABELLA@4SALTY.COM | 000063P001-1355S-184<br>THE CAFARO COMPANY<br>RICHARD T DAVIS<br>1251 FIRST AVE<br>YOUNGSTOWN-WARREN RD<br>NILES OH 44446<br>RDAVIS@CAFAROCOMPANY.COM | 000123P001-1355S-184<br>THOMAS R SCHUMACHER<br>1251 FIRST AVE<br>CHIPPEWA FALLS WI 54729<br>C_TSCHUMACHER@MASONCOMPANIESINC.COM |

**LSC WIND DOWN, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 2 of 2                                                                                                 05/28/2019 01:12:19 PM

| 000040P001-1355S-184 | 000037P001-1355S-184 | 000030P002-1355S-184 |
|---|---|---|
| TRADEGLOBAL LLC | TRU FRAGRANCE AND BEAUTY LLC | UNITED PARCEL SVCS 05436A / 87X913 |
| DAVE COOK | MARK MAGLIARO | PAUL NIEHAUS |
| 5389 E PROVIDENT DR | 7725 S QUINCY ST | 55 GLENLAKE PKWY NE |
| CINCINNATI OH 45246 | WILLOWBROOK IL 60527 | ATLANTA GA 30328 |
| DAVE.COOK@TRADEGLOBAL.COM | MARK.MAGLIARO@TRUFRAGRANCE.COM | PNIEHAUS@UPS.COM |

Records Printed :   **27**

**EXHIBIT 2**

Case 17-10124-BLS Doc 1011 Filed 05/29/19 Page 6 of 12

**LSC WIND DOWN, LLC, et al.**
Facsimile
Exhibit Pages

Page # : 1 of 3

05/28/2019 01:16:11 PM

| | | | |
|---|---|---|---|
| 000097P001-1355S-184<br>A M SACULLO LEGAL LLC<br>ANTHONY M SACULLO;THOMAS H KOVACH<br>27 CRIMSON KING DRIVE<br>BEAR DE 19701<br>Fax#: 302-836-8787 | 000116P001-1355S-184<br>AARON C THOMAS<br>ASSISTANT CORPORATION COUNSEL<br>ONE S MAIN ST 8TH FLOOR<br>MOUNT CLEMENS MI 48043<br>Fax#: 586-307-8286 | 000045P001-1355S-184<br>ARDEN JEWELRY MFG CO<br>STEVEN ABRAMS<br>10 INDUSTRIAL LN<br>JOHNSTON RI 02919<br>Fax#: (401) 273-1862 | 000105P001-1355S-184<br>ARNALL GOLDEN GREGORY LLP<br>FRANK N WHITE<br>171 17TH ST NW STE 2100<br>ATLANTA GA 30363-1031<br>Fax#: 404-873-7013 |
| 000071P001-1355S-184<br>BALLARD SPAHR LLP<br>DUSTIN P BRANCH<br>2029 CENTURY PARK EAST, STE 800<br>LOS ANGELES CA 90067-3012<br>Fax#: 424-204-4350 | 000076P001-1355S-184<br>BALLARD SPAHR LLP<br>DAVID L POLLACK<br>51ST FLOOR- MELLON BANK CENTER<br>1735 MARKET ST<br>PHILADELPHIA PA 19103<br>Fax#: 215-864-9473 | 000077P001-1355S-184<br>BALLARD SPAHR LLP<br>LESLIE C HEILMAN;MATTHEW SUMMERS<br>919 MARKET ST, 11TH FLOOR<br>WILMINGTON DE 19801<br>Fax#: 302-252-4466 | 000019P001-1355S-184<br>BANK OF AMERICA, N.A.<br>KATHLEEN DIMOCK<br>100 FEDERAL STREET<br>BOSTON MA 02110<br>Fax#: 617-434-4131 |
| 000064P002-1355S-184<br>BARCLAY DAMON LLP<br>KEVIN M NEWMAN,ESQ<br>BARLCAY DAMON TOWER<br>125 EAST JEFFERSON ST<br>SYRACUSE NY 13202<br>Fax#: 315-703-7349 | 000111P001-1355S-184<br>BERNSTEIN-BURKLEY PC<br>DANIEL R SCHIMIZZI ESQ<br>707 GRANT ST STE 2200 GULF TOWER<br>PITTSBURGH PA 15219<br>Fax#: (412) 456-8135 | 000067P001-1355S-184<br>BIALSON, BERGEN & SCHWAB PC<br>LAWRENCE SCHWAB/KENNETH LAW<br>633 MENLO AVE,, SUITE 100<br>MENLO PARK CA 94025<br>Fax#: (650) 494-2738 | 000130P001-1355S-184<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>55 SECOND ST.,17TH FLOOR<br>SAN FRANCISCO CA 94105-3493<br>Fax#: 415-227-0770 |
| 000087P001-1355S-184<br>BUCHANAN INGERSOL & ROONEY PC<br>KATHLEEN A MURPHY<br>919 N MARKET ST STE 1500<br>WILMINGTON DE 19801<br>Fax#: 302-552-4295 | 000088P001-1355S-184<br>BUCHANAN INGERSOLL & ROONEY PC<br>PETER S RUSS<br>ONE OXFORD CENTRE<br>301 GRANT ST, 20TH FLOOR<br>PITTSBURGH PA 15219-1410<br>Fax#: 412-562-1041 | 000051P001-1355S-184<br>CDW DIRECT LLC<br>JOHN GILLESPIE<br>200 N MILWAUKEE<br>VERNON HILLS IL 60061<br>Fax#: (847) 465-6800 | 000020P002-1355S-184<br>CERBERUS BUSINESS FINANCE LLC<br>DANIEL E. WOLF<br>299 PARK AVENUE<br>23RD FLOOR<br>NEW YORK NY 10171<br>Fax#: (212) 891-1541 |
| 000023P001-1355S-184<br>CERBERUS BUSINESS FINANCE, LLC<br>JOSEPH NACCARATO<br>875 THIRD AVENUE<br>NEW YORK NY 10022<br>Fax#: (212) 891-1541 | 000106P001-1355S-184<br>CHRISTOPHER J MINNILLO<br>1500 W THIRD AVE STE 210<br>COLUMBUS OH 43212<br>Fax#: 614-481-7905 | 000075P001-1355S-184<br>COHEN KINNE VALICENTI & COOK LLP<br>JESSE COOK-DUBIN<br>28 NORTH ST, 3RD FLOOR<br>PITTSFIELD MA 01201<br>Fax#: 413-442-9399 | 000048P002-1355S-184<br>CREATIVE PRODUCTION RESOURCES<br>JULES WEINSIEDER<br>114 E HALEY ST STE P<br>SANTA BARBARA CA 93101-5323<br>Fax#: (805) 963-7198 |
| 000101P002-1355S-184<br>CROSS & SIMON LLC<br>CHRISTOPHER P SIMON; KEVIN S MANN<br>JOSEPH GREY<br>1105 N MARKET ST, STE 901<br>WILMINGTON DE 19801<br>Fax#: 302-777-4224 | 000100P001-1355S-184<br>DAVIS WRIGHT TREMAINE LLP<br>HUGH MCCULLOUGH;LAUREN A DORSETT<br>1201 THIRD AVE, STE 2200<br>SEATTLE WA 98101<br>Fax#: 206-757-7700 | 000010P001-1355S-184<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>Fax#: (302) 577-8656 | 000081P001-1355S-184<br>DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR LL<br>JONATHAN S PASTERNAK<br>ONE NORTH LEXINGTON AVE, 11TH FLOOR<br>WHITE PLAINS NY 10601<br>Fax#: 814-684-0288 |
| 000122P001-1355S-184<br>DEPT OF REVENUE- PENNSYLVANIA<br>CAROL E MOMJIAN<br>21 S 12TH ST 3RD FLOOR<br>PHILADELPHIA PA 19107-3603<br>Fax#: 717-772-4526 | 000113P001-1355S-184<br>DUANE MORRIS LLP<br>WENDY M SIMKULAK;DREW S MCGEHRIN<br>30 SOUTH 17TH ST<br>PHILADELPHIA PA 19103<br>Fax#: 215-979-1020 | 000114P001-1355S-184<br>DUANE MORRIS LLP<br>RICHARD W RILEY<br>222 DELAWARE AVE STE 1600<br>WILMINGTON DE 19801<br>Fax#: 302-657-4901 | 000047P001-1355S-184<br>FEDERAL EXPRESS CORP<br>JACK DELOATCH<br>2424 CITY GATE DR<br>COLUMBUS OH 43219<br>Fax#: (614) 475-7241 |
| 000128P001-1355S-184<br>FOX ROTHSCHILD LLP<br>MARGARET M MANNING<br>919 NORTH MARKET ST STE 300<br>WILMINGTON DE 19899<br>Fax#: 302-656-8920 | 000129P001-1355S-184<br>FOX ROTHSCHILD LLP<br>MARIA A MILANO<br>1001 4TH AVE STE 4500<br>SEATTLE WA 98154<br>Fax#: 206-389-1708 | 000059P001-1355S-184<br>FROST BROWN TODD LLC<br>RONALD E GOLD; A J WEBB<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202<br>Fax#: 513-651-6981 | 000058P002-1355S-184<br>GGP LIMITED PARTNERSHIP, AS AGENT<br>KRISTEN N PATE<br>350 N ORLEANS ST STE 300<br>CHICAGO IL 60654-1607<br>Fax#: 312-442-6374 |

Case 17-10124-BLS  Doc 1011  Filed 05/29/19  Page 7 of 12

**LSC WIND DOWN, LLC, et al.**
Facsimile
Exhibit Pages

Page # : 2 of 3

05/28/2019 01:16:11 PM

| | | | |
|---|---|---|---|
| 000052P001-1355S-184<br>GGPLP REAL ESTATE INC<br>MARVIN LEVINE<br>110 NORTH WACKER DR<br>CHICAGO IL 60606<br>Fax#: (312) 960-5463 | 000109P001-1355S-184<br>GIBBONS PC<br>NATASHA M SONGONUGA<br>300 DELAWARE AVE STE 1015<br>WILMINGTON DE 19801-1671<br>Fax#: 302-429-6294 | 000112P001-1355S-184<br>HILLSBOROUGH COUNTY<br>BRIAN T FITZGERALD ESQ<br>SENIOR ASST COUNTY ATTORNEY<br>PO BOX 1110<br>TAMPA FL 33601-1110<br>Fax#: (813) 272-9231 | 000043P001-1355S-184<br>INNOMARK COMMUNICATIONS<br>MATT SCHUERMANN<br>3233 SOUTH TECH BLVD<br>MIAMISBURG OH 45342<br>Fax#: (937) 425-6210 |
| 000001P001-1355S-184<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346<br>Fax#: (267) 941-1015 | 000002P001-1355S-184<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016<br>Fax#: (267) 941-1015 | 000049P001-1355S-184<br>INTERNATIONAL BULLION<br>DREW KOVACS<br>14051NW 14TH ST<br>SUNRISE FL 33323<br>Fax#: (954) 660-6925 | 000119P001-1355S-184<br>IRON MOUNTAIN INFORMATION MGMT LLC<br>JOSEPH CORRIGAN, COUNSEL<br>ONE FEDERAL ST<br>BOSTON MA 02110<br>Fax#: 617-451-0409 |
| 000074P001-1355S-184<br>KIMBERLY A WALSH<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>Fax#: 512-936-1409 | 000018P001-1355S-184<br>KIRKLAND & ELLIS LLP<br>JAMES A STEMPEL<br>300 NORTH LASALLE<br>CHICAGO IL 60654<br>Fax#: 312-862-2200 | 000022P002-1355S-184<br>KLEE TUCHIN BOGDANOFF & STERN LLP<br>MARIA S-ARGIROPOULOS<br>1999 AVENUE OF THE STARS<br>39TH FLOOR<br>LOS ANGELES CA 90067<br>Fax#: (310) 407-9090 | 000056P002-1355S-184<br>KLEE TUCHIN BOGDANOFF & STERN LLP<br>DAVID A FIDLER;JONATHAN M WEISS<br>1999 AVE OF THE STARS, 39TH FLOOR<br>LOS ANGELES CA 90067<br>Fax#: 310-407-9090 |
| 000084P001-1355S-184<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ROBERT T SCHMIDT; ADAM C ROGOFF<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: 212-715-8000 | 000061P001-1355S-184<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN<br>919 NORTH MARKET ST, STE 460<br>WILMINGTON DE 19801<br>Fax#: 302-792-7420 | 000068P001-1355S-184<br>LECLAIRRYAN<br>NICLAS A. FERLAND, ESQ.<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511<br>Fax#: (203) 672-3232 | 000069P001-1355S-184<br>LECLAIRRYAN<br>ILAN MARKUS, ESQ.<br>545 LONG WHARF DR 9TH FL<br>NEW HAVEN CT 06511<br>Fax#: (203) 672-3232 |
| 000026P001-1355S-184<br>LF CENTENNIAL PTE LTD<br>JULIE YOON<br>LIFUNG TOWER<br>888 CHEUNG SHA WAN RD<br>KOWLOON<br>HONG KONG<br>Fax#: 85223005767 | 000073P001-1355S-184<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>Fax#: 469-221-5003 | 000080P001-1355S-184<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>711 NAVARRO ST STE 300<br>SAN ANTONIO TX 78205<br>Fax#: 210-225-6410 | 000066P001-1355S-184<br>LINEBARGER GOGGAN BLAIR SAMPSON<br>JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON TX 71253-3064<br>Fax#: (713) 844-3503 |
| 000028P001-1355S-184<br>LLS FREIGHT AKA MAST GLOBAL LOGISTICS<br>MIKE KOEMPEL<br>TWO LIMITED PKWY<br>COLUMBUS OH 43230<br>Fax#: (614) 415-6809 | 000095P001-1355S-184<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>LEE GORDON<br>P O BOX 1269<br>ROUND ROCK TX 78680<br>Fax#: 512-323-3205 | 000054P001-1355S-184<br>MICROSOFT LICENSING GP<br>SCOTT AUFDERHEIDE<br>8800 LYRA DR<br>STE 400<br>COLUMBUS OH 43240<br>Fax#: (614) 719-5319 | 000079P001-1355S-184<br>MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT<br>STEVEN A GINTHER<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>301 W HIGH STREET RM 670<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475<br>Fax#: 573-751-7232 |
| 000065P001-1355S-184<br>MONZACK MERSKY MCLAUGHLIN & BROWDER PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST, STE 400<br>WILMINGTON DE 19801<br>Fax#: 302-656-2769 | 000092P001-1355S-184<br>MORITT HOCK & HAMROFF LLP<br>LESLIE ANN BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530<br>Fax#: 516-873-2010 | 000099P002-1355S-184<br>MORRIS JAMES LLP<br>CARL N KUNZ III<br>500 DELAWARE AVE, STE 1500<br>P O BOX 2306<br>WILMINGTON DE 19801<br>Fax#: 302-571-1750 | 000083P001-1355S-184<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONY COBB<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010<br>Fax#: 817-860-6509 |
| 000086P001-1355S-184<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>OWEN M SONIK<br>1235 NORTH LOOP WEST STE 600<br>HOUSTON TX 77008<br>Fax#: 713-862-1429 | 000072P001-1355S-184<br>POLSINELLI PC<br>CHRISTOPHER A WARD<br>222 DELAWARE AVE STE 1101<br>WILMINGTON DE 19801<br>Fax#: 302-252-0921 | 000117P001-1355S-184<br>PORZIO BROMBERG & NEWMAN PC<br>KELLY D CURTIN;WARREN J MARTIN JR<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962<br>Fax#: 973-538-5146 | 000096P001-1355S-184<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ERIC WINSTON<br>865 S FIGUEROA ST, 10TH FLOOR<br>LOS ANGELES CA 90017<br>Fax#: 213- 443- 3100 |

Case 17-10124-BLS Doc 1011 Filed 05/29/19 Page 8 of 12

LSC WIND DOWN, LLC, et al.
Facsimile
Exhibit Pages

Page # : 3 of 3                                                                                       05/28/2019 01:16:11 PM

| | | | |
|---|---|---|---|
| 000046P001-1355S-184<br>RAKUTEN MARKETING LLC<br>JACLYN MUNCH<br>215 PARK AVE SOUTH<br>8TH FL<br>NEW YORK NY 10003<br>Fax#: (646) 943-8204 | 000093P001-1355S-184<br>RIDDELL WILLIAMS PS<br>JOSEPH E SHICKICH JR<br>1001 4TH AVE STE 4500<br>SEATTLE WA 98154<br>Fax#: 206-389-1708 | 000015P001-1355S-184<br>RIEMER & BRAUSTEIN LLP<br>DONALD ROTHMAN<br>THREE CENTER PLAZA<br>6TH FLOOR<br>BOSTON MA 02108<br>Fax#: 617-692-3556 | 000016P002-1355S-184<br>RIEMER & BRAUSTEIN LLP<br>DAVID S. BERMAN<br>THREE CENTER PLAZA<br>6TH FLOOR<br>BOSTON MA 02108<br>Fax#: 617-692-3550 |
| 000118P001-1355S-184<br>ROSENTHAL & ROSENTHAL INC<br>ANTHONY DITIRRO<br>1370 BROADWAY<br>NEW YORK NY 10018<br>Fax#: 212-356-3464 | 000124P001-1355S-184<br>SAN DIEGO COUNTY TREASURER<br>DAN MCALLISTER- TREASURER-TAX COLLECTOR<br>1600 PACIFIC HIGHWAY ROOM 162<br>SAN DIEGO CA 92101<br>Fax#: 619-685-2589 | 000021P001-1355S-184<br>SCHULTE ROTH & ZABEL LLP<br>ELIOT RELLES<br>919 THIRD AVENUE<br>NEW YORK NY 10022<br>Fax#: 212 593-5955 | 000005P001-1355S-184<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022<br>Fax#: (212) 336-1323 |
| 000006P001-1355S-184<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549<br>Fax#: (202) 772-9318 | 000027P001-1355S-184<br>SEVEN LICENSING CO LLC AKA SUNRISE<br>GERARD GUEZ<br>801 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017<br>Fax#: (323) 881-0369 | 000082P002-1355S-184<br>SHIPMAN & GOODWIN LLP<br>ERIC S GOLDSTEIN ;LATONIA C WILLIAMS<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919<br>Fax#: 860-251-5218 | 000115P001-1355S-184<br>SILVERBERG & WEISS, P.A.<br>PAUL K. SILVERBERG, ESQ.<br>1290 WESTON RD STE 218<br>WESTON FL 33326<br>Fax#: (954) 384-5390 |
| 000050P002-1355S-184<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER;CATHERINE M MARTIN<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>Fax#: (317) 263-7901 | 000104P001-1355S-184<br>SMITH KATZENSTEIN & JENKINS LLP<br>KATHLEEN M MILLER<br>1000 WEST ST STE 1501<br>P O BOX 410<br>WILMINGTON DE 19899<br>Fax#: 302-652-8405 | 000108P001-1355S-184<br>SQUIRE PATTON BOGGS (US) LLP<br>ELLIOT M. SMITH, ESQ.<br>221 E FOURTH ST STE 2900<br>CINCINNATI OH 45202<br>Fax#: (513) 361-1201 | 000035P001-1355S-184<br>SUNRISE APPAREL GROUP LLC<br>GERARD GUEZ<br>801 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017<br>Fax#: (323) 881-0369 |
| 000089P001-1355S-184<br>TAFT STETTINIUS & HOLLISTER LLP<br>JOSEPH C PICKENS<br>65 EAST STATE ST, STE 1000<br>COLUMBUS OH 43215<br>Fax#: 614-221-2007 | 000060P002-1355S-184<br>THE TAUBMAN LANDLORDS<br>ANDREW S CONWAY<br>200 EAST LONG LAKE RD, STE 300<br>BLOOMFIELD HILLS MI 48304<br>Fax#: 248-258-7481 | 000126P001-1355S-184<br>TN DEPT OF REVENUE<br>LAURA MCCLOUD<br>ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>Fax#: 615-741-3334 | 000110P001-1355S-184<br>TRAVIS COUNTY ATTORNEY<br>KAY D BROCK<br>P O BOX 1748<br>AUSTIN TX 78767<br>Fax#: 512-854-9316 |
| 000078P001-1355S-184<br>ULMER & BERNE LLP<br>MICHAEL S TUCKER<br>1660 WEST 2ND ST STE 1100<br>CLEVELAND OH 44113-1448<br>Fax#: 216-583-7121 | 000007P001-1355S-184<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801<br>Fax#: (302) 573-6220 | 000029P001-1355S-184<br>US CUSTOMS AND BORDER PROTECTION<br>PATRICK BROSNAHAN<br>6747 ENGLE RD<br>MIDDLEBURG HEIGHTS OH 44130<br>Fax#: (440) 891-3870 | 000085P001-1355S-184<br>VORYS SATER SEYMOUR AND PEASE LLP<br>TIFFANY STRELOW COBB<br>52 EAST GAY ST<br>P.O. BOX 1008<br>COLUMBUS OH 43216-1008<br>Fax#: 614-464-6350 |
| 000102P001-1355S-184<br>WINKHART RAMBACHER & GRIFFIN<br>JAMIE R MINOR<br>825 SOUTH MAIN ST<br>NORTH CANTON OH 44720<br>Fax#: 330-433-6701 | 000057P001-1355S-184<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>MICHAEL R NESTOR; KARA H COYLE; ROBERT F POPPITI J<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801<br>Fax#: 302-571-1253 | | |

Records Printed :   90

# EXHIBIT 3

**LSC WIND DOWN, LLC, et al.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                                          05/28/2019 02:20:32 PM

| | | | |
|---|---|---|---|
| 000008P001-1355S-184<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1355S-184<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000120P002-1355S-184<br>IBM CORPORATION<br>MARIE-JOSEE DUBE<br>275 VIGER EAST<br>MONTREAL QC H2X 3R7<br>CANADA | 009765P001-1355A-184<br>JEAN A PAULUS<br>4500 CRUZ DR<br>MIDLAND MI 48642 |
| 000012P001-1355S-184<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 008999P001-1355A-184<br>MIRANDA SNIPES<br>409 KENNEDY AVE<br>SCHERERVILLE IN 46375 | 000003P002-1355S-184<br>OFFICE OF THE U.S. TRUSTEE<br>TIMOTHY FOX<br>844 KING ST STE 2207<br>WILMINGTON DE 19801 | 000103P001-1355S-184<br>OKLAHOMA COUNTY TREASURER<br>GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 505<br>OKLAHOMA CITY OK 73102 |
| 000014P001-1355S-184<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000013P001-1355S-184<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 | | |

Records Printed :   10

# EXHIBIT 4

**LSC WIND DOWN, LLC, et al.**
**USPS Express Mail**
**Exhibit Page**

Page # : 1 of 1                                                                                                                                          05/28/2019  02:20:51 PM

| | | | |
|---|---|---|---|
| 000127P001-1355S-184<br>AMERICAN EXPRESS TRAVEL RELATED SERVICES CO. LTD<br>BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN PA 19355 | 000098P001-1355S-184<br>BANKRUPTCY ADMINISTRATION<br>WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>FKA GE INFORMATION TECH SOLUTION<br>C/O A RICOH USA PROGRAM FKA IKON FINANCIAL SERVICE<br>P O BOX 13708<br>MACON GA 31208 | 000011P001-1355S-184<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO CA 95812 | 000004P001-1355S-184<br>SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903- |

Records Printed :    4