# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered)<br><br>Re: DI 1028 |

## ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE TO JANUARY 4, 2020

Upon the motion (the "Motion")[2] of the Plan Trustee for an order extending the deadline to object to claims established by the Plan for approximately 180 days, from July 8, 2019 through and including January 4, 2020; and the Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Bankruptcy Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Bankruptcy Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that the Claims Objection Deadline shall be, and hereby is, extended from July 8, 2019 through and including January 4, 2020; and it is further

ORDERED, that this Order is without prejudice to the Plan Trustee's right to seek further extensions of the Claims Objection Deadline; and it is further

ORDERED, that the Bankruptcy Court shall retain jurisdiction to construe and enforce this Order.

**Dated: July 19th, 2019**
**Wilmington, Delaware**

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**