# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date: February 10, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 4, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on December 18, 2020, UMB Bank, National Association, in its capacity as trustee of the Limited Creditors' Liquidating Trust (the "Plan Trustee"), filed the attached *Motion of Plan Trustee for an Order Extending the Claims Objection Deadline to June 28, 2021* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **January 4, 2021 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received, a hearing with respect to the Motion will be held on **February 10, 2021 at 10:00 a.m. (Eastern Time)** before The Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
December 18, 2020

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: bsandler@pszjlaw.com
      joneill@pszjlaw.com

and

KELLEY DRYE & WARREN LLP
James S. Carr (admitted *pro hac vice*)
Kristin S. Elliott (admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

and

KELLEY DRYE & WARREN LLP
Dana P. Kane, Esq. (admitted *pro hac vice*)
One Jefferson Road, Second Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Email: dkane@kelleydrye.com

*Counsel to the Plan Trustee*