IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC Wind Down, LLC, *et al.*,<br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael J. Yoder of Reid Collins & Tsai LLP to represent UMB Bank, N.A., in connection with the above-captioned bankruptcy case and any related adversary proceedings.

Dated: February 9, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: joneill@pszjlaw.com

Counsel to the Plan Trustee, UMB Bank, N.A.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I, Michael J. Yoder, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Texas, State of Wyoming and State of Colorado. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 9, 2021

*/s/ Michael J. Yoder*
Michael J. Yoder
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
myoder@reidcollins.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 10th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**