IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LSC Wind Down, LLC, *et al.*, | Case No. 17-10124 (CTG) |
| Debtors. | (Jointly Administered) |

### ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.  BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM.  ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK.  ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **MAY 13, 2021 AT 12:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJIsd-Corz4vHdQLWYF874aCVJIa_KQDVPw

The Court will hold a status conference in In re LSC Wind Down, LLC, on **May 14, 2021, beginning at 1:30 p.m. ET**, in Courtroom No. 7.  All parties are directed to use the Zoom link above to attend the status conference electronically.  If the case involves adversary proceedings, the Debtors shall promptly send a copy of this Order to counsel for all parties thereto.

SO ORDERED.

Dated:  April 30, 2021

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE