# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.*,[1] | Case No. 17-10124 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| UMB BANK, N.A., as Plan Trustee of the Limited Creditors' Liquidating Trust, | |
| Plaintiff, | Adv. Proc. No. 19-50272 (CTG) |
| v. | |
| SUN CAPITAL PARTNERS V, LP, SUN MOD FASHIONS IV, LLC, SUN MOD FASHIONS V, LLC, and H.I.G. SUN PARTNERS, LLC, | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 14, 2021 AT 1:30 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> **PLEASE TAKE NOTICE:**
> **THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN MAY 13, 2021 AT 12:00 P.M. ET.**
>
> **Zoom link:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-Corz4vHdQLWYF874aCVJIa_KQDVPw**

**STATUS CONFERENCE:**

1.  Order Setting Status Conference [Filed 4/30/21] ([Docket No. 1160](#))

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

DOCS_DE:234250.1

<u>Status</u>: As requested by the Court, a status conference will go forward.

| | |
|---|---|
| Dated: May 12, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax:  (302) 652-4400
Email: bsandler@pszjlaw.com
         joneill@pszjlaw.com

-and-

KELLEY DRYE & WARREN LLP
James S. Carr (admitted pro hac vice)
Kristin S. Elliott (admitted pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

and

KELLEY DRYE & WARREN LLP
Dana P. Kane, Esq. (admitted pro hac vice)
One Jefferson Road, Second Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900

*Counsel to the Plan Trustee*