UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

| | |
|---|---|
| In re: LSC Wind Down, LLC | Case No. 17-10124 |
| Debtor(s) | Lead Case No. 17-10124 |
| | ☒ Jointly Administered |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 01/17/2017

Plan Confirmed Date: 12/20/2017

Plan Effective Date: 01/02/2018

This Post-confirmation Report relates to: ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: Limited Creditors' Liquidating Trust

Name of Authorized Party or Entity

/s/ James E. O'Neill
Signature of Responsible Party

10/20/2021
Date

James E. O'Neill
Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                                                    1

Debtor's Name LSC Wind Down, LLC                                                                 Case No. 17-10124

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $976,512 | $4,738,023 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $976,512 | $4,738,023 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $2,971,703 | $0 | $1,971,703 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Klehr Harrison Harvey Branzbu | Lead Counsel | $0 | $1,005,011 | $0 | $1,005,011 |
| ii | KPMG LLP | Other | $0 | $152,768 | $0 | $152,768 |
| iii | Kelley Drye & Warren LLP | Lead Counsel | $0 | $1,112,449 | $0 | $112,449 |
| iv | Pachulski Stang Ziehl & Jones L | Local Counsel | $0 | $154,256 | $0 | $154,256 |
| v | CBIZ Accounting Tax & Advis | Financial Professional | $0 | $521,634 | $0 | $521,634 |
| vi | Donlin, Recano & Company, In | Other | $0 | $25,586 | $0 | $25,586 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | *See Rider* | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $2,971,703 | $0 | $2,971,703 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $10,048 | $0 | $10,048 | $10,048 | 100% |
| b. Secured claims | $14,278 | $0 | $14,278 | $14,278 | 100% |
| c. Priority claims | $1,147,814 | $0 | $1,147,814 | $1,147,814 | 100% |
| d. General unsecured claims | $3,860,000 | $0 | $0 | $137,829,223 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                                                           Yes ○   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 03/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

UST Form 11-PCR (06/07/2021)                                      2

| | |
|---|---|
| Debtor's Name LSC Wind Down, LLC | Case No. 17-10124 |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Julius Zamora | UMB Bank, solely as Trustee, by Julius Zamora |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Trustee | 10/20/2021 |
| Title | Date |